Form ntcdef

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

---

In Re:                                                              Case Number:   1−22−11558−rmb
                                                                                    Chapter:   13
Jennifer McKinney
Israel R. McKinney


                    Debtor(s).

---

### NOTICE OF DEADLINE FOR FILING REQUIRED SCHEDULES,
### STATEMENTS, AND OTHER DOCUMENTS

To: Debtor(s) and Debtor's Attorney

Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007, you must file the following documents within 14 days from the date of the filing of your petition.

- ☑ **Summary of Assets and Liabilities**

- ☑ **Schedules A/B−J**

- ☑ **Statement of Financial Affairs**

- ☑ **Statement of Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1)**

- ☑ **Employee Income Records or Payment Advices Cover Sheet clarifying the absence of income records**

- ☑ **Chapter 13 Plan**

Even if the indicated document(s) are not applicable to your particular situation, they must still be filed with the notation "None" marked thereon.

If you do not file the required schedules, statement, or other documents by 10/11/22 your case may be dismissed. If your case is dismissed, you will not receive a discharge and your rights in future bankruptcy cases may be severely limited. If you need more time to file the required information, you must make the request, in writing.


Dated: 9/28/22


                                                    John G Kohler, Clerk
                                                    U.S. Bankruptcy Court