UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY,
ISRAEL R. McKINNEY

Debtor.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned, pursuant to Bankruptcy Rules 2002 and 9010(b), hereby gives notice of appearance as counsel for the United States of America, Internal Revenue Service, and requests that copies of all notices, pleadings, and other documents be served upon the undersigned at the address below.

Dated this 29th day of September, 2022.

Respectfully Submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

*/s/Theresa M. Anzivino*
Theresa (Esa) M. Anzivino
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Ste 700
Madison, WI  53703
Phone:  (608) 250-5454
theresa.anzivino@usdoj.gov