UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

**NOTICE OF UNITED STATES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ENFORCE PRE-PETITION LEVY**

Please take notice that the United States of America, Choose Agency, by Timothy M. O'Shea, United States Attorney for the Western District of Wisconsin, and Theresa M. Anzivino, Assistant United States Attorney, has filed with the Court a Motion for Relief from the Automatic Stay to Enforce Pre-Petition Levy (the Motion).

If you wish to object to the Motion, you must file a written objection and request for a hearing with the Court no later than **fourteen (14) days** from the date this notice was signed and served upon you. Upon receipt of your objection, the Court will schedule a hearing to consider the Motion and the grounds for your objection thereto.

Unless you file a written objection and request for a hearing with the Court within the time stated above, the Court may enter an order granting the relief the United States has requested in its Motion.

Dated this 29th day of September, 2022.

                                            Respectfully Submitted,

                                            TIMOTHY M. O'SHEA
                                            United States Attorney

                                            By:

                                            */s/Theresa M. Anzivino*
                                            Theresa (Esa) M. Anzivino
                                            Assistant United States Attorney
                                            Western District of Wisconsin
                                            222 W. Washington Avenue, Ste 700
                                            Madison, WI  53703
                                            Phone: (608) 250-5454
                                            theresa.anzivino@usdoj.gov