# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

## PROOF OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Wisconsin and is a person of such age and discretion as to be competent to serve papers.

That on September 29, 2022, she electronically filed the United States of America's Notice of Appeal and Statement of Election with the Clerk of Court using the ECF system, which electronically served a copy upon the following parties in interest:

**Jennifer McKinney**
c/o Greg P. Pittman
greg@pittmanandpittman.com

**Israel R. McKinney**
c/o Greg P. Pittman
greg@pittmanandpittman.com

**Trustee Mark Harring**
court@ch13wdw.org

**U.S. Trustee's Office**
USTPRegion11.MD.ECF@usdoj.gov

*/s/ Morgan Maloney*
Morgan Maloney