**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: September 30, 2022**



**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Israel R. McKinney and Jennifer McKinney,<br><br>Debtors. | Case No. 22-11558-rmb<br><br>Chapter 13 |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING AND SETTING HEARING ON MOTION TO QUASH AND MOTION FOR RELIEF FROM STAY

On September 29, 2022, the United States, on behalf of the Internal Revenue Service, filed a motion for relief from the automatic stay to enforce its pre-petition levy. (ECF No. 10.) The following day, on September 30, 2022, the debtors filed a motion to quash the pre-petition levy (ECF No. 13), along with a motion for an expedited hearing on the aforesaid motion (ECF No. 14). The debtors are seeking emergency relief to prohibit the chapter 13 trustee from disbursing to the IRS any of the pre-confirmation funds the trustee received in Jennifer McKinney's recently dismissed chapter 13 case, No. 22-10661, absent agreement of the parties or court order.

Accordingly, IT IS HEREBY ORDERED that the debtors' Motion for Expedited Hearing (ECF No. 14) is GRANTED.

Preliminary hearings on the debtors' Motion to Quash (ECF No. 13) and the United States' Motion for Relief from the Automatic Stay (ECF No. 10) will be held telephonically before Rachel M. Blise, United States Bankruptcy Judge, on **October 6, 2022, at 1:30 p.m.** To appear by telephone, you must call the Court conference line at (888) 808-6929 and enter access code 4896101 before the scheduled hearing time.

# # #