**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**October 6, 2022**

**Court Proceeding Memo**

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13<br>Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Trustee

**Matter**: Preliminary Hearing on Motion by Debtor to Quash Pre-Petition Levy Issued by the IRS and the Chapter 13 Trustee and Motion to Prohibit Chapter 13 Trustee from Disbursing Funds Under IRS Levy (Doc # 13) -Obj. IRS (Doc # 21)

**Court Minutes:** Counsel for the debtors confirmed the debtors do not dispute the validity of the IRS's levy and solely seek to prohibit the trustee from transferring the funds to the IRS without a court order. Debtors' counsel withdrew the motion to quash the levy.

OUTCOME:
\_\_\_ Granted       \_\_\_ Denied        \_\_\_ Approved      \_\_\_ Allowed       \_\_\_ Disallowed
\_\_\_ In Part        \_\_\_ Sustained      \_\_\_ Overruled      \_\_\_ Settled        _x_ Withdrawn
\_\_\_ Other:

\_\_\_ Debtor shall do the following by: _____ or the case will be dismissed
    \_\_\_ amend plan    \_\_\_ provide info to TR    \_\_\_ bring current    \_\_\_ other:

\_\_\_ Plan confirmed:    \_\_\_ Ch. 13 TR    \_\_\_ Ch. 12 Atty.    \_\_\_ Ch. 11 Atty    to submit proposed order

SCHEDULE:
\_\_\_ Adjourned to: _____ at _____
    Location:    \_\_\_ Telephone    \_\_\_ Madison    \_\_\_ Eau Claire    \_\_\_ Other: _____
    \_\_\_ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
    \_\_\_ Issue standard pre-hearing order    _____ [Yes/No]    \_\_\_ Other: _____

\_\_\_ Briefing Schedule Set:
    \_\_\_ Taken under advisement        \_\_\_ Other:

\_\_\_ Other Schedule:

\_\_\_ ORDER:
    \_\_\_ For the reasons stated from the bench
    \_\_\_ Separate order to be entered by the Court
    \_\_\_ Order to be submitted by: _____
    \_\_\_ Order to be signed at docket no. _____

_x_ ECF
\_\_\_ cc: parties in interest
\_\_\_ cc: parties appearing