UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

---

**UNITED STATES' RESPONSE TO DEBTORS' MOTION FOR CONTINUANCE OF AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(C)(3)**

---

The United States of America, on behalf of the Internal Revenue Service (IRS), does not oppose Debtors' motion to continue the stay, provided that the granting of such motion is without prejudice to any motion for relief from the automatic stay filed by the IRS (including the motion pending with this Court in ECF 10).

Dated this 13th day of October, 2022.

Respectfully Submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

*/s/Theresa M. Anzivino*
Theresa (Esa) M. Anzivino
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Ste 700
Madison, WI  53703
Phone:  (608) 250-5454
theresa.anzivino@usdoj.gov