**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| | |
|---|---|
| In re:<br>**Jennifer McKinney**<br>**Israel R McKinney** | Case No. **1-22-11558**<br>Chapter **13** |
| **Debtor(s)** | |

*Please check the appropriate box.*

**For Debtor:**

☐  Payment advices (pay stubs) are attached.
☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

■  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain).   **Self-Employed**

**For Joint Debtor, if applicable:**

■  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain).

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of **13** sheets, numbered 1 through **13**, and that they are true and correct to the best of my knowledge, information, and belief.

| | | | |
|---|---|---|---|
| Signature of Debtor: | **/s/ Jennifer McKinney** | Date: | **October 21, 2022** |
| Signature of Joint Debtor: | **/s/ Israel R McKinney** | Date: | **October 21, 2022** |

March 2006

| Social Security # | Payee Name | | | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | | | 187075 | 1701 | 09/12/22 | 09/18/22 | 09/23/22 | APNC1221342 |

| Pay Type | Current Period Hours | Earnings | YTD | Deductions | Current Period | YTD | Taxes | Current Period | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 1080.00 | 20520.00 | Misc - G 25 pct | 600.76 | | Federal | 147.53 | 2461.34 |
| OVERTIME HOURS | 5.50 | 222.75 | 2895.75 | OVER PAYMENT | -134.56 | | Social Security | 80.77 | 1451.79 |
| | | | | WAGES PAID NOT | 134.56 | | Medicare | 18.89 | 339.53 |
| | | | | | | | State-WI | 78.50 | 1384.21 |
| | | | | | | | Local | | |
| **Pay Totals** | 45.50 | 1302.75 | 23415.75 | **Deduction Totals** | 600.76 | | **Tax Totals** | 325.69 | 5636.87 |
| | | | | | | | **Net Pay** | 977.06 | 17178.12 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.50 | | 40.50 | 222.75 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are: $1,302.75

Exemptions/Allowances
Federal :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC
9760 SHEPARD RD
MACEDONIA, OH  44056
(608) 781-5647

PNC Bank    PNC1221342

NINE HUNDRED SEVENTY SEVEN AND 06/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1221342 | 09/23/22 | *****$977.06 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security #<br>XXX-XX-2558 | Payee Name<br>ISRAEL R MCKINNEY | | | *Direct Deposit* | Employee ID<br>187075 | Dept#<br>1701 | Period Start<br>09/05/22 | Period End<br>09/11/22 | Check Date<br>09/16/22 | Check #<br>APNC1213942 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Period | | YTD | | Current Period | YTD | | Current Period | | YTD |
| Pay Type | Hours | Earnings | | Deductions | | | Taxes | | | |
| REGULAR HOURS | 21.00 | 567.00 | 19440.00 | Misc - G 25 pct | | 600.76 | Federal | | 34.20 | 2313.81 |
| OVERTIME HOURS | | | 2673.00 | OVER PAYMENT | | -134.56 | Social Security | | 35.15 | 1371.02 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | | 8.22 | 320.64 |
| | | | | | | | State-WI | | 24.82 | 1305.71 |
| | | | | | | | Local | | | |
| Pay Totals | 21.00 | 567.00 | 22113.00 | Deduction Totals | | 600.76 | Tax Totals | | 102.39 | 5311.18 |
| | | | | | | | Net Pay | | 464.61 | 16201.06 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 21.00 | | | 27.00 | 567.00 |

\* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
        $567.00
Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

TRADESMEN INTERNATIONAL, LLC                                   PNC Bank        PNC1213942
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

FOUR HUNDRED SIXTY FOUR AND 61/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1213942 | 09/16/22 | *****$464.61 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # | Payee Name | | | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | | | 187075 | 1701 | 08/29/22 | 09/04/22 | 09/09/22 | APNC1206105 |

| Pay Type | Current Period Hours | | YTD Earnings | Deductions | Current Period | YTD | Taxes | Current Period | YTD | |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 1080.00 | 18873.00 | Misc - G 25 pct | | 600.76 | Federal | 143.07 | 2279.61 | |
| OVERTIME HOURS | 5.00 | 202.50 | 2673.00 | OVER PAYMENT | | -134.56 | Social Security | 79.52 | 1335.87 | |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | 18.60 | 312.42 | |
| | | | | | | | State-WI | 77.23 | 1280.89 | |
| | | | | | | | Local | | | |
| **Pay Totals** | 45.00 | 1282.50 | 21546.00 | **Deduction Totals** | | 600.76 | **Tax Totals** | 318.42 | 5208.79 | |
| | | | | | | | **Net Pay** | 964.08 | 15736.45 | |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.00 | | 40.50 | 202.50 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
        $1,282.50

Exemptions/Allowances
Federal :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC          PNC Bank          PNC1206105
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

NINE HUNDRED SIXTY FOUR AND 08/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1206105 | 09/09/22 | *****$964.08 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security #<br>XXX-XX-2558 | Payee Name<br>ISRAEL R MCKINNEY | | | *Direct Deposit* | Employee ID<br>187075 | Dept#<br>1701 | Period Start<br>08/22/22 | Period End<br>08/28/22 | Check Date<br>09/02/22 | Check #<br>APNC1202448 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Period | | YTD | Current Period | | YTD | Current Period | | | YTD |
| Pay Type | Hours | Earnings | | Deductions | | | Taxes | | | |
| REGULAR HOURS | 40.00 | 1080.00 | 17793.00 | Misc - G 25 pct | | 600.76 | Federal | | 143.07 | 2136.54 |
| OVERTIME HOURS | 5.00 | 202.50 | 2470.50 | OVER PAYMENT | | -134.56 | Social Security | | 79.52 | 1256.35 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | | 18.60 | 293.82 |
| | | | | | | | State-WI | | 77.23 | 1203.66 |
| | | | | | | | Local | | | |
| Pay Totals | 45.00 | 1282.50 | 20263.50 | Deduction Totals | | 600.76 | Tax Totals | | 318.42 | 4890.37 |
| | | | | | | | Net Pay | | 964.08 | 14772.37 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.00 | | 40.50 | 202.50 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
         $1,282.50
Exemptions/Allowances
Federal   :
State WI  : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC                          PNC Bank              PNC1202448
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647


NINE HUNDRED SIXTY FOUR AND 08/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1202448 | 09/02/22 | *****$964.08 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # XXX-XX-2558 | Payee Name ISRAEL R MCKINNEY | | *Direct Deposit* | Employee ID 187075 | Dept# 1701 | Period Start 08/15/22 | Period End 08/21/22 | Check Date 08/26/22 | Check # APNC1192498 |
|---|---|---|---|---|---|---|---|---|---|

| Pay Type | Current Period Hours | Earnings | YTD | Deductions | Current Period | YTD | Taxes | Current Period | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 1080.00 | 16713.00 | Misc - G 25 pct | | 600.76 | Federal | 138.62 | 1993.47 |
| OVERTIME HOURS | 4.50 | 182.25 | 2268.00 | OVER PAYMENT | | -134.56 | Social Security | 78.26 | 1176.83 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | 18.30 | 275.22 |
| | | | | | | | State-WI | 75.96 | 1126.43 |
| | | | | | | | Local | | |
| Pay Totals | 44.50 | 1262.25 | 18981.00 | Deduction Totals | | 600.76 | Tax Totals | 311.14 | 4571.95 |
| | | | | | | | Net Pay | 951.11 | 13808.29 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 4.50 | | 40.50 | 182.25 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
       $1,262.25
Exemptions/Allowances
Federal   :
State WI  : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC  
9760 SHEPARD RD  
MACEDONIA, OH  44056  
(608) 781-5647

PNC Bank       PNC1192498

NINE HUNDRED FIFTY ONE AND 11/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1192498 | 08/26/22 | *****$951.11 |

ISRAEL R MCKINNEY  
W5441 INNSBRUCK ROAD  
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # | Payee Name | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | 187075 | 1701 | 08/08/22 | 08/14/22 | 08/19/22 | APNC1186914 |

| Pay Type | Hours | Current Period Earnings | YTD Earnings | Deductions | Current Period | YTD | Taxes | Current Period | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 1080.00 | 15633.00 | Misc - G 25 pct | 600.76 | | Federal | 147.53 | 1854.85 |
| OVERTIME HOURS | 5.50 | 222.75 | 2085.75 | OVER PAYMENT | -134.56 | | Social Security | 80.77 | 1098.57 |
| | | | | WAGES PAID NOT | 134.56 | | Medicare | 18.89 | 256.92 |
| | | | | | | | State-WI | 78.50 | 1050.47 |
| | | | | | | | Local | | |
| Pay Totals | 45.50 | 1302.75 | 17718.75 | Deduction Totals | 600.76 | | Tax Totals | 325.69 | 4260.81 |
| | | | | | | | Net Pay | 977.06 | 12857.18 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.50 | | 40.50 | 222.75 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are: $1,302.75

Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC　　　　　　　　　　　　　　　　　PNC Bank　　PNC1186914
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

NINE HUNDRED SEVENTY SEVEN AND 06/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1186914 | 08/19/22 | *****$977.06 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security #<br>XXX-XX-2558 | Payee Name<br>ISRAEL R MCKINNEY | | | *Direct Deposit* | Employee ID<br>187075 | Dept#<br>1701 | Period Start<br>08/01/22 | Period End<br>08/07/22 | Check Date<br>08/12/22 | Check #<br>APNC1178068 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Period | | YTD | | Current Period | YTD | | Current Period | | YTD |
| Pay Type | Hours | Earnings | | Deductions | | | Taxes | | | |
| REGULAR HOURS | 40.00 | 1080.00 | 14553.00 | Misc - G 25 pct | | 600.76 | Federal | | 151.98 | 1707.32 |
| OVERTIME HOURS | 6.00 | 243.00 | 1863.00 | OVER PAYMENT | | -134.56 | Social Security | | 82.03 | 1017.80 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | | 19.18 | 238.03 |
| | | | | | | | State-WI | | 79.77 | 971.97 |
| | | | | | | | Local | | | |
| Pay Totals | 46.00 | 1323.00 | 16416.00 | Deduction Totals | | 600.76 | Tax Totals | | 332.96 | 3935.12 |
| | | | | | | | Net Pay | | 990.04 | 11880.12 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 6.00 | | 40.50 | 243.00 |

\* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
      $1,323.00
Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC                                          PNC Bank          PNC1178068
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647


NINE HUNDRED NINETY AND 04/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1178068 | 08/12/22 | *****$990.04 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # | Payee Name | | | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | | | 187075 | 1701 | 07/25/22 | 07/31/22 | 08/05/22 | APNC1170337 |

| | Current Period | | YTD | | Current Period | YTD | | Current Period | | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Type | Hours | Earnings | | Deductions | | | Taxes | | | |
| REGULAR HOURS | 40.00 | 1080.00 | 13473.00 | Misc - G 25 pct | 600.76 | | Federal | 138.62 | | 1555.34 |
| OVERTIME HOURS | 4.50 | 182.25 | 1620.00 | OVER PAYMENT | -134.56 | | Social Security | 78.26 | | 935.77 |
| | | | | WAGES PAID NOT | 134.56 | | Medicare | 18.30 | | 218.85 |
| | | | | | | | State-WI | 75.96 | | 892.20 |
| | | | | | | | Local | | | |
| Pay Totals | 44.50 | 1262.25 | 15093.00 | Deduction Totals | 600.76 | | Tax Totals | 311.14 | | 3602.16 |
| | | | | | | | Net Pay | 951.11 | | 10890.08 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 4.50 | | 40.50 | 182.25 |

\* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
       $1,262.25
Exemptions/Allowances
Federal    :
State WI  : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

TRADESMEN INTERNATIONAL, LLC                                PNC Bank        PNC1170337
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

NINE HUNDRED FIFTY ONE AND 11/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1170337 | 08/05/22 | *****$951.11 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

VOID VOID VOID

| Social Security # XXX-XX-2558 | Payee Name ISRAEL R MCKINNEY | | | *Direct Deposit* | | Employee ID 187075 | Dept# 1701 | Period Start 07/18/22 | Period End 07/24/22 | Check Date 07/29/22 | Check # APNC1166833 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current Period | | YTD | Current Period | | YTD | | Current Period | | YTD | |
| Pay Type | Hours | Earnings | | Deductions | | | | Taxes | | | |
| REGULAR HOURS | 40.00 | 1080.00 | 12393.00 | Misc - G 25 pct | | 600.76 | | Federal | 156.44 | 1416.72 | |
| OVERTIME HOURS | 6.50 | 263.25 | 1437.75 | OVER PAYMENT | | -134.56 | | Social Security | 83.28 | 857.51 | |
| | | | | WAGES PAID NOT | | 134.56 | | Medicare | 19.48 | 200.55 | |
| | | | | | | | | State-WI | 81.04 | 816.24 | |
| | | | | | | | | Local | | | |
| Pay Totals | 46.50 | 1343.25 | 13830.75 | Deduction Totals | | 600.76 | | Tax Totals | 340.24 | 3291.02 | |
| | | | | | | | | Net Pay | 1003.01 | 9938.97 | |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 6.50 | | 40.50 | 263.25 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
         $1,343.25
Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

PNC Bank       PNC1166833

ONE THOUSAND THREE AND 01/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1166833 | 07/29/22 | ***$1,003.01 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

VOID VOID VOID

| Social Security # | Payee Name | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | 187075 | 1701 | 07/11/22 | 07/17/22 | 07/22/22 | APNC1156661 |

| Pay Type | Hours | Current Period Earnings | YTD | Deductions | Current Period | YTD | Taxes | Current Period | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 37.50 | 1012.50 | 11313.00 | Misc - G 25 pct | | 600.76 | Federal | 87.66 | 1260.28 |
| OVERTIME HOURS | | | 1174.50 | OVER PAYMENT | | -134.56 | Social Security | 62.78 | 774.23 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | 14.68 | 181.07 |
| | | | | | | | State-WI | 58.32 | 735.20 |
| | | | | | | | Local | | |
| Pay Totals | 37.50 | 1012.50 | 12487.50 | Deduction Totals | | 600.76 | Tax Totals | 223.44 | 2950.78 |
| | | | | | | | Net Pay | 789.06 | 8935.96 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 37.50 | | | 27.00 | 1012.50 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
         $1,012.50
Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

TRADESMEN INTERNATIONAL, LLC                                         PNC Bank        PNC1156661
9760 SHEPARD RD
MACEDONIA, OH  44056
(608) 781-5647

SEVEN HUNDRED EIGHTY NINE AND 06/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1156661 | 07/22/22 | *****$789.06 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # | Payee Name | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | 187075 | 1701 | 07/04/22 | 07/10/22 | 07/15/22 | APNC1151398 |

| Pay Type | Hours | Current Period Earnings | YTD | Deductions | Current Period | YTD | Taxes | Current Period | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 38.00 | 1026.00 | 10300.50 | Misc - G 25 pct | | 600.76 | Federal | 89.28 | 1172.62 |
| OVERTIME HOURS | | | 1174.50 | OVER PAYMENT | -134.56 | | Social Security | 63.61 | 711.45 |
| | | | | WAGES PAID NOT | 134.56 | | Medicare | 14.88 | 166.39 |
| | | | | | | | State-WI | 59.34 | 676.88 |
| | | | | | | | Local | | |
| Pay Totals | 38.00 | 1026.00 | 11475.00 | Deduction Totals | | 600.76 | Tax Totals | 227.11 | 2727.34 |
| | | | | | | | Net Pay | 798.89 | 8146.90 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 38.00 | | | 27.00 | 1026.00 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are:
         $1,026.00
Exemptions/Allowances
Federal  :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

---

TRADESMEN INTERNATIONAL, LLC        PNC Bank        PNC1151398
9760 SHEPARD RD
MACEDONIA, OH   44056
(608) 781-5647

SEVEN HUNDRED NINETY EIGHT AND 89/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1151398 | 07/15/22 | *****$798.89 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # XXX-XX-2558 | Payee Name ISRAEL R MCKINNEY | | | *Direct Deposit* | Employee ID 187075 | Dept# 1701 | Period Start 06/27/22 | Period End 07/03/22 | Check Date 07/08/22 | Check # APNC1146043 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Period | | YTD | Current Period | | YTD | Current Period | | | YTD |
| Pay Type | Hours | Earnings | | Deductions | | | Taxes | | | |
| REGULAR HOURS | 40.00 | 1080.00 | 9274.50 | Misc - G 25 pct | | 600.76 | Federal | | 143.07 | 1083.34 |
| OVERTIME HOURS | 5.00 | 202.50 | 1174.50 | OVER PAYMENT | | -134.56 | Social Security | | 79.52 | 647.84 |
| | | | | WAGES PAID NOT | | 134.56 | Medicare | | 18.60 | 151.51 |
| | | | | | | | State-WI | | 77.23 | 617.54 |
| | | | | | | | Local | | | |
| Pay Totals | 45.00 | 1282.50 | 10449.00 | Deduction Totals | | 600.76 | Tax Totals | | 318.42 | 2500.23 |
| | | | | | | | Net Pay | | 964.08 | 7348.01 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.00 | | 40.50 | 202.50 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are: $1,282.50

Exemptions/Allowances
Federal :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

TRADESMEN INTERNATIONAL, LLC
9760 SHEPARD RD
MACEDONIA, OH  44056
(608) 781-5647

PNC Bank    PNC1146043

NINE HUNDRED SIXTY FOUR AND 08/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1146043 | 07/08/22 | *****$964.08 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**

| Social Security # | Payee Name | *Direct Deposit* | Employee ID | Dept# | Period Start | Period End | Check Date | Check # |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2558 | ISRAEL R MCKINNEY | | 187075 | 1701 | 06/20/22 | 06/26/22 | 07/01/22 | APNC1139066 |

| Pay Type | Hours (Current Period) | Earnings (Current Period) | Earnings YTD | Deductions (Current Period) | Deductions YTD | Taxes (Current Period) | | Taxes YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 1080.00 | 8194.50 | Misc - G 25 pct | 600.76 | Federal | 147.53 | 940.27 |
| OVERTIME HOURS | 5.50 | 222.75 | 972.00 | OVER PAYMENT | -134.56 | Social Security | 80.77 | 568.32 |
| | | | | WAGES PAID NOT | 134.56 | Medicare | 18.89 | 132.91 |
| | | | | | | State-WI | 78.50 | 540.31 |
| | | | | | | Local | | |
| Pay Totals | 45.50 | 1302.75 | 9166.50 | Deduction Totals | 600.76 | Tax Totals | 325.69 | 2181.81 |
| | | | | | | Net Pay | 977.06 | 6383.93 |

| Client Name | Reg Hours | OT Hours | DT Hours | Rate/Hr | Pay |
|---|---|---|---|---|---|
| STEIGER CONSTRUCTIO | 40.00 | | | 27.00 | 1080.00 |
| STEIGER CONSTRUCTIO | | 5.50 | | 40.50 | 222.75 |

* Excluded from FEDERAL TAXABLE WAGES

Your Federal Taxable Wages for this Period are: $1,302.75

Exemptions/Allowances
Federal :
State WI : 6

As Of: 10-11-22 Vac Bal (Hours): 0.00

TRADESMEN INTERNATIONAL, LLC
9760 SHEPARD RD
MACEDONIA, OH  44056
(608) 781-5647

PNC Bank          PNC1139066

NINE HUNDRED SEVENTY SEVEN AND 06/100

| CONTROL NO. | DATE | AMOUNT |
|---|---|---|
| APNC1139066 | 07/01/22 | *****$977.06 |

ISRAEL R MCKINNEY
W5441 INNSBRUCK ROAD
WEST SALEM, WI 54669

**VOID VOID VOID**