

**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 25, 2022**



**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Proceedings for a Debt Repayment Plan Under Chapter 13 |
| Jennifer & Israel R. McKinney | Case Number   22-11558-  13 |

ORDER TO DEBTOR TO PAY THE TRUSTEE

TO   Jennifer & Israel R. McKinney
     429 S 2nd St N #322
     La Crosse WI 54601

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Jennifer  McKinney the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

　　　10,000.00  MONTHLY　　　　　　　　　Due immediately
and to continue MONTHLY until:
　　　15,000.00  MONTHLY　　　　　　　　　Due by:  1/27/2023
and to continue MONTHLY until:
　　　16,845.66  MONTHLY　　　　　　　　　Due by:  4/27/2023
and to continue MONTHLY thereafter.

Said payment(s) to be by　　　　Money Order, Cashiers Checks or via TFSBillPay.com
Money Orders and Cashiers Checks must　Include Your Name and Case Number　　on them.
Your Case Number is:　　　　22-11558

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an  annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:　　Mark Harring Standing Trustee
　　　　　　and mailed to:　　MARK HARRING CH 13 TRUSTEE
　　　　　　　　　　　　　　　P.O. BOX 88004
　　　　　　　　　　　　　　　CHICAGO IL 60680-1004

　　　Ch 13  Office Phone #　　608-256-4320

This order supersedes any previous order made to you in this case.

　　YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

　　　　　　　　　　　　　　　　###