UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

---

**UNITED STATES' MOTION TO FILE DOCUMENTS UNDER SEAL**

---

The United States of America, on behalf of the Internal Revenue Service (IRS), hereby moves under to file the documents that it filed on October 26, 2022, under seal.

Dated this 26th day of October, 2022.

Respectfully Submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

*/s/Theresa M. Anzivino*
Theresa (Esa) M. Anzivino
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Ste 700
Madison, WI  53703
Phone:  (608) 250-5454
theresa.anzivino@usdoj.gov

*/s/ Nathan Baney*
Nathan D. Baney
Va. Bar 75935
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Facsimile: (202) 514-6770
Email: nathan.baney@usdoj.gov