**Exhibit 5**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re

Israel R. McKinney          Case No. 11-61215
Jennifer H. McKinney        Chapter 7

        Debtors.

## ORDER

The application for approval of the waiver of the debtors' discharge came before the court.

Based on the application,

IT IS HEREBY ORDERED:

1. The debtors' waiver of their chapter 7 discharge is approved.

2. The debtors, Israel R. McKinney and Jennifer H. McKinney, are not entitled to a discharge under 11 U.S.C. § 727 in this bankruptcy case.

3. The debtors, Israel R. McKinney and Jennifer H. McKinney, shall not file another bankruptcy petition for one year from the date of this order.

Dated: October 10, 2012

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/10/2012*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk