**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re

   Danny Resendes

               Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~

Chapter 13
Case No. 16-41489-CJP

**Exhibit 6**

## ORDER

EX PARTE RELIEF IS HEREBY DENIED WITH RESPECT TO THE EX PARTE MOTION TO PROHIBIT THE USE OF CASH COLLATERAL (AND FREEZE ACCOUNT) PENDING FURTHER PROCEEDINGS [DOCKET NO. 85] (THE "MOTION") FILED BY THE UNITED STATES OF AMERICA, THROUGH ITS AGENCY, THE INTERNAL REVENUE SERVICE (THE "IRS").

THE COURT HEREBY SCHEDULES THE MOTION FOR HEARING ON APRIL 11, 2017 AT 2:15 P.M. OBJECTIONS SHALL BE DUE ON OR BEFORE APRIL 4, 2017.

THE DEBTOR IS PROHIBITED FROM LIQUIDATING HIS JOHN HANCOCK ROTH IRA #8289 (THE "IRA") UNTIL THERE IS (I) A DETERMINATION OF THE MOTION TO DETERMINE SECURED STATUS OF CLAIM AND TO STRIP FEDERAL TAX LIEN [DOCKET NO. 47] AND WHETHER THE IRA CONSTITUTES CASH COLLATERAL OF THE IRS OR (II) A FURTHER ORDER ENTERED BY THIS COURT.

THE IRS SHALL (I) SERVE A COPY OF THIS ORDER ON THE DEBTOR AND ALL PARTIES IN INTEREST AND (II) FILE A CERTIFICATE OF SERVICE INDICATING SUCH SERVICE HAS BEEN MADE FORTHWITH.

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

Dated: March 17, 2017