## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | Case Number |
| Jennifer & Israel R. McKinney | 22-11558-13 |
| Debtors | |

### NOTICE AND MOTION TO DISMISS

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtors filed for relief under chapter 13 of the United States Bankruptcy Code on September 27, 2022.

2. The debtor is in default under section 1326(a)(1) which requires that the first payment is due 30 days after the date of filing the plan or the order for relief whichever is earlier.  Payments must be made by one of the following: tfsbillpay.com, money order, cashiers check, or sent directly from an employer. IF MAILED, THE PAYMENTS MUST BE SENT TO: MARK HARRING, TRUSTEE, OFFICE OF CHAPTER 13 TRUSTEE, PO BOX 88004, CHICAGO, IL  60680-1004.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter  13  proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before November 18, 2022** if you wish to contest this motion.  Any objection or request for hearing that you file must be filed with the court at the address listed below.  An objection or request for hearing should set forth grounds to support the objection request.  If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated:  October 28, 2022          /s/  Mark Harring
                                 Standing Chapter 13 Trustee


The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2559


This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2559

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

IN RE:                                                          Case Number

Jennifer & Israel R. McKinney                                    22-11558-13

        Debtors

---

**CERTIFICATE OF SERVICE**

I, Brenda Wagner, state that on October 28, 2022 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court                  ATTORNEY GREG P. PITTMAN
120 N Henry                                      PITTMAN & PITTMAN LAW OFFICES
Room 340                                         712 MAIN STREET
Madison, WI 53703-2559                           LA CROSSE, WI 54601

Jennifer McKinney
429 S 2nd St N #322
La Crosse  WI  54601

Israel R. McKinney
W5441 Innsbruck Rd
West Salem  WI  54669

I certify under penalty of perjury that the foregoing is true and correct

/s/  Brenda Wagner
Office of the Standing Chapter 13  Trustee