**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**October 27, 2022**

## Court Proceeding Memo

**1-22-11558-rmb**    **Jennifer McKinney and Israel R. McKinney**    Chapter 13
Trustee: Mark Harring

**Appearances**:    Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Nathan Baney, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Trustee

**Matter**:    Preliminary hearing on Motion by the IRS for Relief from Stay to Enforce Pre-Petition Levy (Doc # 10) -Obj Debtors (Doc # 32)

**Court Minutes:** Counsel for the debtors withdrew the objection to the IRS's motion for relief to enforce the pre-petition levy. The court granted the motion. Counsel for the IRS will submit a proposed order. Counsel for the IRS will also provide (1) remittance information to the trustee forthwith and (2) an accounting of the application of the funds to the debtor within 14 days of receipt of the funds.

OUTCOME:
- x Granted
- ___ Denied
- ___ Approved
- ___ Allowed
- ___ Disallowed
- ___ In Part
- ___ Sustained
- ___ Overruled
- ___ Settled
- ___ Withdrawn
- ___ Other:

___ Debtor shall do the following by: _____ or the case will be dismissed
___ amend plan  ___ provide info to TR  ___ bring current  ___ other:

___ Plan confirmed:  ___ Ch. 13 TR  ___ Ch. 12 Atty.  ___ Ch. 11 Atty  to submit proposed order

SCHEDULE:
___ Adjourned to: _____ at _____
Location:  ___ Telephone  ___ Madison  ___ Eau Claire  ___ Other: _____
___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
___ Issue standard pre-hearing order  ___ [Yes/No]  ___ Other: _____

___ Briefing Schedule Set:
___ Taken under advisement  ___ Other:

___ Other Schedule:

x  ORDER:
___ For the reasons stated from the bench
___ Separate order to be entered by the Court
___ Order to be submitted by: _____
x  Order to be signed at docket no.   11

x  ECF
___ cc: parties in interest
___ cc: parties appearing