**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**October 27, 2022**

## Court Proceeding Memo and Order

**1-22-11558-rmb**  **Jennifer McKinney and Israel R. McKinney**   Chapter 13
Trustee: Mark Harring

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Nathan Baney, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Trustee

**Matter**: Preliminary hearing on Motion by Debtors to Continue/Extend Automatic Stay (Doc # 24)
-Obj IRS (Doc # 33)

**Court Minutes:** Counsel for the IRS argued that the stay should not be extended because the debtors had not filed the case in good faith and, alternatively, should the court grant the motion to continue the stay, any such relief should be without prejudice to the IRS obtaining relief from the stay. The court granted the debtors' motion and continued the stay under 11 U.S.C. § 362(c)(3)(B) as to all creditors, without prejudice to the rights of any creditor to seek relief from the stay. Counsel for the debtors will submit a separate order continuing the stay.

OUTCOME:
 x  Granted     ___ Denied      ___ Approved    ___ Allowed     ___ Disallowed
___ In Part     ___ Sustained   ___ Overruled   ___ Settled     ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____  ___ or the case will be dismissed
    ___ amend plan   ___ provide info to TR   ___ bring current   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
___ Adjourned to: _____ at _____
    Location:   ___ Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
    ___ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order _____ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
    ___ Taken under advisement          ___ Other:

___ Other Schedule:

 x  ORDER:
    x  For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    x  Order to be submitted by:  Counsel for the Debtors
    ___ Order to be signed at docket no.

IT IS SO ORDERED:

*Rachel Blise*
Rachel M. Blise
U.S. Bankruptcy Judge

 x  ECF
___ cc: parties in interest
___ cc: parties appearing