**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 31, 2022**



**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter is before the Court on the United States' Motion for Relief from the Automatic Stay to Enforce Pre-petition Levy. A hearing on the motion was held on October 27, 2022 during which counsel for the debtors withdrew the debtor's objection to the motion. Accordingly,

IT IS HEREBY ORDERED:

1. The United States has relief from the automatic stay to enforce its pre-petition levy on the money the Chapter 13 Trustee is holding from the now-dismissed Chapter 13 case of Debtor Jennifer McKinney, W.D. Wis. Bankr. Case No. 22-10661 (the "Funds");

2. The Chapter 13 Trustee shall send the Funds to the Internal Revenue Service;

3. Withing 14 days after its receipt of the Funds, the Internal Revenue Service shall provide an accounting to the debtors' counsel describing how the Funds were applied to the debtors' outstanding tax liability; and

4. This Order is not stayed under Federal Rule of Bankruptcy Procedure 4001.

# # #