**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**November 1, 2022**

## Court Proceeding Memo

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13 |
| | | Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Trustee

**Matter**: Preliminary hearing on Motion by IRS to Freeze Retirement Accounts (Doc # 42, 45)

**Court Minutes:** Counsel for the debtors reported that they do not oppose a continuation of the freeze order pending resolution of the IRS's motion for relief from the automatic stay. The court will enter a separate order continuing the freeze on the retirement accounts until further order of the court.

OUTCOME:
\_\_\_\_ Granted    \_\_\_\_ Denied    \_\_\_\_ Approved    \_\_\_\_ Allowed    \_\_\_\_ Disallowed
\_\_\_\_ In Part    \_\_\_\_ Sustained    \_\_\_\_ Overruled    \_\_\_\_ Settled    \_\_\_\_ Withdrawn
_x_ Other: freeze on the accounts will continue

\_\_\_\_ Debtor shall do the following by: _____ \_\_\_\_ or the case will be dismissed
\_\_\_\_ amend plan    \_\_\_\_ provide info to TR    \_\_\_\_ bring current    \_\_\_\_ other:

\_\_\_\_ Plan confirmed:    \_\_\_\_ Ch. 13 TR    \_\_\_\_ Ch. 12 Atty.    \_\_\_\_ Ch. 11 Atty    \_\_\_\_ to submit proposed order

SCHEDULE:
\_\_\_\_ Adjourned to: _____ at _____
Location: \_\_\_\_ Telephone    \_\_\_\_ Madison    \_\_\_\_ Eau Claire    \_\_\_\_ Other: _____
\_\_\_\_ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
\_\_\_\_ Issue standard pre-hearing order _____ [Yes/No]    \_\_\_\_ Other: _____

\_\_\_\_ Briefing Schedule Set:
\_\_\_\_ Taken under advisement    \_\_\_\_ Other:

\_\_\_\_ Other Schedule:

_x_ ORDER:
\_\_\_\_ For the reasons stated from the bench
_x_ Separate order to be entered by the Court
\_\_\_\_ Order to be submitted by: _____
\_\_\_\_ Order to be signed at docket no. _____

_x_ ECF
\_\_\_\_ cc: parties in interest
\_\_\_\_ cc: parties appearing