# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

## PROOF OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Wisconsin and is a person of such age and discretion as to be competent to serve papers.

That on November 3, 2022, she caused a copy of the Order Extending Order Freezing Accounts (ECF No. 57) to be served by certified mail and by facsimile to the following addressee:

Pershing, LLC
c/o James T. Crowley, CEO
1 Pershing Plaza
Jersey City, NJ 07399
Fax: (201) 413-5368

*/s/Angelica Santana*
Angelica Santana
Paralegal Specialist