**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

IN RE:

**Jennifer McKinney**　　　　　　　　　　　　　　Case no. 22-11558
**Israel McKinney**
　　　**Debtors.**

---

**CERTIFICATE OF ELECTRONIC FILING AND MAILING**

---

　　　　Sam Kaufman, of Vande Zande & Kaufman, LLP, in Waupun, Wisconsin, being sworn, states that on November 7, 2022 he electronically filed and/or mailed, properly enclosed in a postpaid mail envelope, a copy of the filed Notice of Mortgage Payment Change and Certificate of Electronic Filing and Mailing in the above entitled action to each of the following named persons, at the proper post office address listed below:

| | |
|---|---|
| Jennifer McKinney | Attorney Mark Harring - Trustee |
| Israel McKinney | 122 West Washington Ave, Ste 500 |
| W5441 Innsbruck Road | Madison, WI 53703 |
| West Salem, WI 54669 | |

Attorney Greg Pittman
712 Main Street
La Crosse, WI 54601

　　　　Dated this <u>7th</u> day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　*Sam Kaufman*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sam Kaufman
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 1023976