**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and**<br>**JENNIFER MCKINNEY** | |
| **Debtors.** | **Case No: 22-11558      (Chapter 13)** |

**ORDER FOR CONTINUANCE OF AUTOMATIC STAY PURSUANT TO BANKRUPTCY
CODE SECTION 362(c)(3)**

The above named matter having come on before this Court upon a motion to continue the automatic stay pursuant to Bankruptcy Code section 362 (c)(3) which was filed with this Court; and all creditors entitled to notice received notice of the motion to continue the automatic stay pursuant to Bankruptcy Code section 362(c)(3); and such notice required that any interested party wishing to object to said motion must have done so in writing; with the Internal Revenue Service filing an objection to the Debtors' Motion to Continue the Automatic Stay (Docket #31 and #33), and pursuant to a telephonic hearing held on October 27, 2022;

**IT IS ORDERED AS FOLLOWS:**

1) The objections at Docket #31 and Docket #33 filed by the Internal Revenue Service are overruled.

2) The Debtors are entitled to the continuance of the automatic stay pursuant to Bankruptcy Code section 362 (c)(3).

###