**THIS ORDER IS SIGNED AND ENTERED.**

Dated: November 15, 2022



*Rachel Blise*
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| **Debtors.** | Case No: 22-11558    (Chapter 13) |

### ORDER CONTINUING AUTOMATIC STAY

The Debtors filed a Motion to extend the automatic stay beyond 30 days under 11 U.S.C. § 362(c)(3)(B) (Docket # 24). Notice of the Motion was provided to all creditors, and the Internal Revenue Service filed objections to the Motion (Dockets # 31 and #33). The court held a telephonic hearing on October 27, 2022 and found the Debtors' affidavit established that they commenced this case in good faith. Accordingly,

**IT IS ORDERED AS FOLLOWS:**

1) The objections at Docket #31 and Docket #33 filed by the Internal Revenue Service are overruled.

2) The Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

###