# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to:** |
|---|---|
|  | Please write case # on all payments |
| 122 W Washington Ave, Suite 500 | MARK HARRING CH 13 TRUSTEE |
| Madison, WI 53703-2758 | P.O. BOX 88004 |
| Phone: (608) 256-4320 | CHICAGO, IL 60680-1004 |
| Fax:    (608) 256-2355 |  |

November 16, 2022

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:   Jennifer & Israel R. McKinney
       Case #22-11558-13

Dear Judge Blise:

This case is scheduled for a hearing on INTERNAL REVENUE SERVICE's Motion for Relief from Stay on 11/17/22.  The debtors are current with plan payments through a debtor payment order.  The November payment has not been made and is due 11/27/22.

The Plan has not been confirmed, however, the debtors' plan proposes to pay the INTERNAL REVENUE SERVICE as follows:  monthly payments of $6,870.94 for 60 months, with the debtors to resume payments for an additional 30 months after the plan is completed; the priority amount of $412,180.92 will be paid in full on a pro-rata basis through this office.

Sincerely,

/s/ *Mark Harring*

Mark Harring
Standing Chapter 13 Trustee

MWH/eb

cc:   ATTORNEY GREG P. PITTMAN
       ATTORNEY THERESA M ANZIVINO