UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

**UNITED STATES' CONSENT TO ADJOURN HEARING ON ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The United States of America, on behalf of the Internal Revenue Service (IRS), files this consent to inform the Court that it agrees to adjourn the hearing on its motion for relief from the automatic stay, ECF No. 42, from November 17, 2022, to December 1, 2022. To accommodate debtors' request to adjourn the hearing, the IRS agrees to an extension of the 30-day period under 11 U.S.C. § 362(e)(1) for a determination of its motion.

Dated this 17th day of November, 2022.

Respectfully Submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

*/s/Theresa M. Anzivino*
Theresa (Esa) M. Anzivino
Assistant United States Attorney
Western District of Wisconsin
222 W. Washington Avenue, Ste 700
Madison, WI  53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov