**U.S. BANKRUPTCY COURT**
Western District of Wisconsin
SECTION 341 MEETING PROCEEDING MEMO AND
STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

| | | | |
|---|---|---|---|
| Name: | Jennifer & Israel R. McKinney | Case # | 22-11558 |

| Debtor Information: | | Spouse Information: | |
|---|---|---|---|
| SS#: | XXX-XX-8026 | SS#: | XXX-XX-2558 |
| Addr: | 429 S 2nd St N #322 | Addr: | W5441 Innsbruck Rd |
| | La Crosse, WI 54601 | | West Salem, WI 54669 |
| County: | LA CROSSE | County: | LA CROSSE |

| | | | | |
|---|---|---|---|---|
| Debtor's Attorney: | GREG P. PITTMAN | | Date Filed: | 09/27/2022 |
| 341 Meeting Date: | 10/26/2022 | Adjourned 341 Date: 11/9/2022 | Schedules Filed: | |
| Tape #: | 12 | | Plan Filed: | 10/21/2022 |
| | | | Amd Plan Filed: | 10/21/2022 |

**Appearances:**
Debtor: dl,ss-Need W2/SS for him-Provided 10-28, nn,
Attorney: y
Creditors: n on 10-26; 11-9 Atty Anzivino, IRS & Atty Rodriguez,UST; Anzivino-list Pershing acct amt $186k how determined? call to finan advisor; How many Pershing accts? 2 she thinks, & also children accts. Prior to last BK did ask(withdraw) for $? yes, prob 3-4x's.Took $ out for living.During last 13 bk & just before this one. Re: income, plan proposes step up-how? Thinks will improve & seasonal element. Re budget change? she moved out ~8 mos ago.(Mar 1), $2350 rent. 14 nights/mo allowed w/ kids at that apt. He has kids rest of time & sep budget. Atty R-bank accts? Sep bus acct w/ Altra CU. What for house? Bank of Hawaii. $3,800 aprox is mortgage. $450 is mrtg on his mother

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

  A. New Employment: _____
  B. New Address:
  C. Other: _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?    Y

  B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 10,000.00 |
| Unsecured | 40,117.03 |
| Priority | 500,672.90 |
| Refund | 0.00 |
| Secured | 840,484.82 |
| Case Costs | 0.00 |
| Total Debt | 1,391,274.75 |

C. Does Debtor have Regular Income?    Y

D. Prior Bankruptcies:    Jennifer McKinney 22-10661 Ch13 filed in Wisconsin Western on 04/27/2022, Dismissed for Other Reason on 09/20/2022
Jennifer McKinney and Israel R. McKinney 11-61215 Ch7 filed in Minnesota on 12/13/2011

E. DSO's:    Y _____    N _____

F. Tax Returns

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2021 | 714,508.00 | -190,352.00 | | -150,388.00 | | -39,964.00 | 0.00 | 0.00 | 0.00 |

G. Self Employment

| | |
|---|---|
| Is Debtor Self Employed? | Y |
| Does Debtor Incur Trade Debt? | N |
| Did Debtor Complete Business Trade Questionnaire? | Y |
| Will a Monthly Operating Report be Required? | Y _____ N _____ |

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 28837.97 | Available for Plan | 10062.98 |
| Budgeted Expenses | 18774.99 | Plan Payments | 16411.09 |
| Available for Plan | 10062.98 | Excess | -6348.11 |

A. Does Budget appear reasonable?    Y

-SKEWED AS PLAN PAYMENTS INCREASE AFTER 3 AND 6 MONTHS.
-D1 EXPENSES AMAZINGLY GENEROUS, OLDEST DEP IS AGE 17 HOWEVER D2 SEPARATE BUDGET INCLUDES $0 FOOD/TRANSPORATION ETC.  SCH J SUGGESTS SALE OF HOME SO HOUSING EXPENSES- WILL CHANGE, ALSO D1 SCH J APPEARS TO INCLUDE THE HOME MTG BUT 10/22 SHE MOVED OUT, D2 BUDGET INCLUDES A LESSER AMOUNT FOR HOUSING THAN THE MTG PYMT OF $3964/MO ON PLAN. filed for divorce, the mrtg is on her J and rental on his but she is living in rental and paying on both
-BUS BUDGET(P.44 OF #34) PROVIDED THO INDICATES GROSS BUS INCOME FOR PAST YEAR $49,096.40 AND THEN ESTIMATED MO GROSS GOING FORWARD $45,000. - lower income 45k was avg ytd,

B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))    Y

-60 MO PLAN. NEGATIVE NET MDI ALTHO SCH I SUGGEST A LANNING ADJ FOR FUTURE INCOME INCREASES LIKELY APPROPRIATE- used avg 60k
-PAYING TO RETAIN NUMEROUS VEHICLES, CAMPER, GOLF CART, $35,000 JEWELRY ETC - NECESSARY? - golf cart is a loss-stolen, camper they need as he may live in, only have 2 of 4 vehicles now, Camper is at a campground, paid site rent for year
-NOT CLEAR ALL FINANCIAL ACCOUNTS HAVE BEEN INCLUDED ON SCH B- all listed

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

-SCH D&E DELQ TAXES, ARE TAX W/HOLDING AMOUNTS ON BUS BUDGET SUFFICIENT TO AVOID PROBLEM GOING FORWARD?  Are they being made?- says paying WH now

**4. PLAN:**

A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 10/27/2022 | 1/26/2023 | 10,000.00 | MONTHLY | DEBTOR |

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 1/27/2023 | 4/26/2023 | 15,000.00 | MONTHLY | DEBTOR |
| 4/27/2023 | 10/26/2027 | 16,845.66 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan:     984665.64

C. Approximate percentage to Unsecureds:     0

D. Source of Income:     SELF-EMPLOYED

   Spouse income:     TRADESMEN INTERNATIONAL

E. Wage Order Sent To:   DEBTOR

F. Payments received to Date:     $10,000.00
   Will debtor commence payments within 30 days after the plan has been filed?     Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)) Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested     10000.00          Paid to Date:  _____
   Balance Due Under Plan         10000.00   Approximate months to pay:     4.00
       Trustee recommends amount requested?     Y
       If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?     Y
   _____

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)) Y
     -UNCLEAR DUE TO ONGOING ARGUMENT AS TO WHAT IS OWED IRS -see IRS claim #5

K. Does the plan provide for full payment of Priority Debt?     N
     -SEE NOTE ABOVE

L. Was a Liquidation
   Analysis Provided By the
   Debtor? (Sec 1325(a)(5))
   N
   Unsecureds Do Better
   Under Chapter:  13

| | Under Chapter 7 | | Under Chapter 13 | |
|---|---|---|---|---|
| Assets: | 840484.82 | Total Paid To Plan: | | 984665.64 |
| Admin, Security: Priority (ASP) | 1351157.72 | A.S.P. Debt: | 1351157.72 | |
| | | Less Direct: | 307000.00 | 1044157.72 |
| Exemptions: | 0.00 | Trustee Fee on Net A.S.P: | | 54955.67 |
| Available for UnSec: | -510672.90 | Amt Avail for Unsec: | | -114447.75 |

## 5. CLAIMS AND OBJECTIONS

**Direct Claims**

MARINE CREDIT UNION                      Scheduled for:     307,000.00      Filed for:     307,757.74
Claim Ref Number:           8            Scheduled as:   DIRECT             Filed as:     Direct
Reason:   home mortgage: W5441 Innsbruck Rd                                 Filed date:   11/7/2022
Objection Filed?  No

**Secured**

| INTERNAL REVENUE SERVICE | | | |
|---|---|---|---|
| | Scheduled for: 533,484.82 | Filed for: | 533,484.82 |
| Claim Ref Number: 5 | Scheduled as: Secured | Filed as: | Secured |
| Reason: | | Filed date: | 11/21/2022 |
| Objection Filed? No | | | |

**Priority**

| INTERNAL REVENUE SERVICE | | | |
|---|---|---|---|
| | Scheduled for: 412,182.90 | Filed for: | 555,622.65 |
| Claim Ref Number: 6 | Scheduled as: Priority | Filed as: | Priority |
| Reason: 2018-2021 income | | Filed date: | 11/21/2022 |
| Objection Filed? No | | | |

| WI DEPT OF REVENUE | | | |
|---|---|---|---|
| | Scheduled for: 88,490.00 | Filed for: | 0.00 |
| Claim Ref Number: 9 | Scheduled as: Priority | Filed as: | Not Filed |
| Reason: 2020-2021 income tax | | Filed date: | |
| Objection Filed? No | | | |

**7**

| US BANKRUPTCY COURT | | | |
|---|---|---|---|
| | Scheduled for: 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 4 | Scheduled as: Case Costs | Filed as: | Not Filed |
| Reason: | | Filed date: | |
| Objection Filed? No | | | |

**8**

| DEBTOR | | | |
|---|---|---|---|
| | Scheduled for: | Filed for: | |
| Claim Ref Number: 2 | Scheduled as: Refund | Filed as: | Refund |
| Reason: | | Filed date: | 9/27/2022 |
| Objection Filed? No | | | |

| DEBTOR | | | |
|---|---|---|---|
| | Scheduled for: 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 3 | Scheduled as: Refund | Filed as: | Not Filed |
| Reason: | | Filed date: | |
| Objection Filed? No | | | |

**Attorney**

| GREG P. PITTMAN | | | |
|---|---|---|---|
| | Scheduled for: 10,000.00 | Filed for: | |
| Claim Ref Number: 1 | Scheduled as: Attorney | Filed as: | Not Filed |
| Reason: | | Filed date: | |
| Objection Filed? No | | | |

**6. TRUSTEE RECOMMENDATIONS:**

Does Trustee Recommend Confirmation?    N

NOTE - ATTY FEES, BUS CASE WITH TAX ISSUES.  A FEE APP REQUIRED DUE TO AMOUNT
- MTD for late payment but is now current and withdrawn
{4K}
Objection items:
- Priority IRS debt not retired by plan end. Claim is $555,622.65, plan anticipates $412,182.90 - Notice of Mrtg Pmt change makes budget not feasible. (pmt ~$540 higher)

Trustee Comments:

Date Completed:    11/22/2022

/s/ _____
Mark Harring
Standing Chapter 13 Trustee