**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**December 1, 2022**

## Court Proceeding Memo

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13<br>Trustee: Mark Harring |

**Appearances**:   Greg P. Pittman, Attorney for Debtors
Theresa Anzivino, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Chapter 13 Trustee

**Matter**:   Preliminary hearing on Motion by IRS for Relief from Stay (Doc # 42)
-Obj. Debtors (Doc # 61)

**Court Minutes:** Counsel for the debtors and the IRS requested additional time to continue settlement discussions. The court adjourned the hearing to December 22, 2022, at 1:30 p.m.

OUTCOME:
____ Granted   ____ Denied   ____ Approved   ____ Allowed   ____ Disallowed
____ In Part   ____ Sustained   ____ Overruled   ____ Settled   ____ Withdrawn
____ Other:

____ Debtor shall do the following by: _____   ____ or the case will be dismissed
____ amend plan   ____ provide info to TR   ____ bring current   ____ other:

____ Plan confirmed:   ____ Ch. 13 TR   ____ Ch. 12 Atty.   ____ Ch. 11 Atty   ____ to submit proposed order

SCHEDULE:
X   Adjourned to:   **December 22, 2022**   at   **1:30 p.m.**
     Location:   X  Telephone   ____ Madison   ____ Eau Claire   ____ Other:
     ____ Final/Evidentiary Hearing. Parties agree that ____ [hours/days] will be sufficient to hear the matter.
     ____ Issue standard pre-hearing order ____ [Yes/No]   ____ Other:

____ Briefing Schedule Set:
     ____ Taken under advisement   ____ Other:

____ Other Schedule:

____ ORDER:
     ____ For the reasons stated from the bench
     ____ Separate order to be entered by the Court
     ____ Order to be submitted by:
     ____ Order to be signed at docket no.


     X   ECF
     ____ cc: parties in interest
     ____ cc: parties appearing