**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**December 22, 2022**

## Court Proceeding Memo

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13 |
| | | Trustee: Mark Harring |

**Appearances**:  Greg P. Pittman, Attorney for Debtors
Theresa Anzivino, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Chapter 13 Trustee

**Matter**:  Preliminary Hearing on Confirmation of Chapter 13 Plan (Doc # 37)
-Obj Trustee (Doc # 69)  -Obj IRS (Doc # 72)

**Court Minutes:** Counsel for the IRS reported that she received a proposal for resolution from the debtors and requested time to review it with the IRS. Counsel for the trustee stated the bases of the trustee's objection and concurred with the IRS's request for an adjournment. The Court adjourned the hearing to January 12, 2023 at 1:30 p.m.

OUTCOME:
___ Granted ___ Denied ___ Approved ___ Allowed ___ Disallowed
___ In Part ___ Sustained ___ Overruled ___ Settled ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____ or the case will be dismissed
  ___ amend plan   ___ provide info to TR   ___ bring current   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
 X  Adjourned to: **January 12, 2023** at **1:30 p.m.**
   Location:  X  Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
   ___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
   ___ Issue standard pre-hearing order ___ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
   ___ Taken under advisement   ___ Other:

___ Other Schedule:

___ ORDER:
   ___ For the reasons stated from the bench
   ___ Separate order to be entered by the Court
   ___ Order to be submitted by: _____
   ___ Order to be signed at docket no. _____

 X  ECF
___ cc: parties in interest
___ cc: parties appearing