**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**December 22, 2022**

## Court Proceeding Memo and Order

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13 |
| | | Trustee: Mark Harring |

**Appearances**:  Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Broadhead Griffith, Attorney for Chapter 13 Trustee

**Matter**: Preliminary hearing on Motion by IRS for Relief from Stay (Doc # [42])
-Obj Debtors (Doc # 61)

**Court Minutes:** Counsel for the IRS reported that she received a proposal for resolution from the debtors and requested time to review it with the IRS. The Court adjourned the hearing to January 12, 2023 at 1:30 p.m. The automatic stay will remain in effect pending the adjourned hearing.

OUTCOME:
___ Granted   ___ Denied   ___ Approved   ___ Allowed   ___ Disallowed
___ In Part   ___ Sustained   ___ Overruled   ___ Settled   ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____   ___ or the case will be dismissed
   ___ amend plan   ___ provide info to TR   ___ bring current   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   ___ to submit proposed order

SCHEDULE:
_X_ Adjourned to: **January 12, 2023** at **1:30 p.m.**
   Location:   _X_ Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
   ___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
   ___ Issue standard pre-hearing order ___ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
   ___ Taken under advisement   ___ Other:

___ Other Schedule:

_X_ ORDER:
   _X_ For the reasons stated from the bench
   ___ Separate order to be entered by the Court
   ___ Order to be submitted by: _____
   ___ Order to be signed at docket no. _____

IT IS SO ORDERED:

*/s/ Rachel Blise*
Rachel M. Blise
U.S. Bankruptcy Judge

_X_ ECF
___ cc: parties in interest
___ cc: parties appearing