Marine Credit Union
Loss Mitigation
Po Box 309
608-783-4000

# (MINI-STATEMENT)

| JENNIFER H MCKINNEY<br>W5441 INNSBRUCK RD<br>WEST SALEM WI 54669 | ACCOUNT: XXXXXXX145 | PERIOD: 09/27/22 TO 12/19/22 |
|---|---|---|

**1ST MORTGAGE ARM 365 ID:0100**
**Joint: ISRAEL R MCKINNEY**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 09/27/22 | | ID 0100 - 1st Mortgage Arm 365 Balance Forward | | 305,926.37 |
| 10/17/22 | 10/17/22 | | | |
| 10/20/22 | 10/20/22 | PAYMENT - THANK YOU CHECK CHECK RECEIVED 3,964.26 | 3,203.63 | 305,926.37 |
| | | Finance Charge:  $ 3,203.63 Fees:  $ 0.00 | | |
| 11/01/22 | 11/01/22 | | | |
| 12/01/22 | 12/01/22 | | | |
| 12/19/22 | | Ending Balance | | 305,926.37 |

Marine Credit Union
Loss Mitigation
Po Box 309
608-783-4000

## (MINI-STATEMENT)

| JENNIFER H MCKINNEY<br>W5441 INNSBRUCK RD<br>WEST SALEM WI 54669 | ACCOUNT: XXXXXXX145 | PERIOD: 09/27/22 TO 12/19/22 |
|---|---|---|

| MORTGAGE ESCROW ID:0901 | | | | |
|---|---|---|---|---|
| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
| 09/27/22 | | ID 0901 - Mortgage Escrow Balance Forward | | 5,066.08 |
| 09/30/22 | 09/30/22 | DEPOSIT DIVIDEND 0.090% | 0.37 | 5,066.45 |
| 10/20/22 | 10/20/22 | DEPOSIT ESCROW-LOAN 0100 | 760.63 | 5,827.08 |
| 10/31/22 | 10/31/22 | DEPOSIT DIVIDEND 0.090% | 0.41 | 5,827.49 |
| 11/30/22 | 11/30/22 | DEPOSIT DIVIDEND 0.090% | 0.43 | 5,827.92 |
| 12/12/22 | 12/12/22 | WITHDRAWAL PROPERTY TAX PMT | - 5,338.47 | 489.45 |
| 12/19/22 | | Ending Balance | | 489.45 |