MCKINNEY,JENNIFE Loan      : 1ST MORTGAGE ARM 365            .12/19/2022

A payment of $312,526.90 is required to pay off this loan on 12/19/22.

| | |
|---|---:|
| Principal Balance: | 305,926.37 |
| Interest Type: | Daily |
| Interest Rate: | 13.500 |
| Interest Due: | 6,929.66 |
| One Day's Interest: | 113.1509 |
| Due Date: | 10/05/2022 |
| Amount Past Due by Payoff Date: | 11,889.98 |
| Past Due Payment Count: | 3 |
| Late Charge Due: | 160.32 |
| Available Escrow Balance: | 489.45 |
| Escrow Dividend: | N/A |

Homeowners Insurance:
| | |
|---|---:|
| Next Distribution Date: | 08/25/2023 |
| Next Distribution Amount: | 2,452.00 |

Property Tax:
| | |
|---|---:|
| Next Distribution Date: | 12/31/2023 |
| Next Distribution Amount: | 5,338.47 |