# W5441 INNSBRUCK RD WEST SALEM

| | |
|---|---|
| Parcel: | 7-1354-1 |
| Internal ID: | 9760 |
| Municipality: | Town of Hamilton |
| Record Status: | Current |
| On Current Tax Roll: | Yes |
| Total Acreage: | 1.640 |
| Township: | 17 |
| Range: | 07 |
| Section: | 35 |

**Abbreviated Legal Description:**

CERTIFIED SURVEY MAP NO. 120 VOL 1 LOT 9 DOC NO. 897908

**Property Addresses:**

| Street Address | City(Postal) |
|---|---|
| W5441 INNSBRUCK RD | WEST SALEM |

**Owners/Associations:**

| Name | Relation | Mailing Address | City | State | Zip Code |
|---|---|---|---|---|---|
| JENNIFER HOWE SAULS MCKINNEY | Owner | W5441 INNSBRUCK RD | WEST SALEM | WI | 54669 |
| ISRAEL R MCKINNEY | Owner | W5441 INNSBRUCK RD | WEST SALEM | WI | 54669 |

**Districts:**

| Code | Description | Taxation District |
|---|---|---|
| 0420 | FIRE DISTRICT | N |
| 6370 | WEST SALEM SCHOOL | Y |
| 0420 | WEST SALEM FIRE DISTRICT | N |

**Additional Information:**

| Code | Description | Taxation District |
|---|---|---|
| 2020+ VOTING SUPERVISOR | 2020+ Supervisor District 24 | |
| 2020+ VOTING WARDS | 2020+ Ward 1 | |
| Zoning | RURAL | |

**Lottery Tax Information:**

| | |
|---|---|
| Lottery Credits Claimed: | 1 on 10/4/2013 |
| Lottery Credit Application Date: | 10/2/2013 |

# Tax Information:

**Billing Information:**

| | |
|---|---|
| Bill Number: | 63194 |
| Billed To: | |
| | JENNIFER HOWE SAULS, ISRAEL R |

MCKINNEY
W5441 INNSBRUCK RD
WEST SALEM WI 54669

| | |
|---|---|
| Total Tax: | 5659.11 |
| Payments Sch. | |
| 1-31-2022 | 2707.81 |
| 7-31-2022 | 2951.30 |

**Tax Details:**

| | Land Val. | Improv Val. | Total Val. | Assessment Ratio | 0.984987547 |
|---|---|---|---|---|---|
| Assessed: | 60800 | 337700 | 398500 | Mill Rate | 0.014984383 |
| Fair Market: | 61700 | 342800 | 404500 | School Credit: | 619.82 |

| Taxing Jurisdiction: | 2020 Net Tax | 2021 Net Tax | % of Change |
|---|---|---|---|
| STATE OF WISCONSIN | $ 0.0000 | $ 0.0000 | 0.0000 |
| La Crosse County | $ 1349.5900 | $ 1351.9500 | 0.2000 |
| Local Municipality | $ 869.1300 | $ 986.6900 | 13.5000 |
| WEST SALEM SCHOOL | $ 2997.7900 | $ 3113.9400 | 3.9000 |
| WTC | $ 526.1000 | $ 518.6900 | -1.4000 |

Credits:
| | |
|---|---|
| First Dollar Credit: | 68.66 |
| Lottery Credit: | 243.50 |

Additional Charges:
| | |
|---|---|
| Special Assessment: | 0.00 |
| Special Charges: | 0.00 |
| Special Delinquent: | 0.00 |
| Managed Forest: | 0.00 |
| Private Forest: | 0.00 |
| Total Woodlands: | 0.00 |
| Grand Total: | 5659.11 |

**Payments & Transactions**

| Desc. | Rec. Date | Rec. # | Chk # | Total Paid | Post Date |
|---|---|---|---|---|---|
| Payment to Local Municipality | 12/31/2021 | 22 | 0 | $ 5659.11 | 12/2021 |
| | | | Totals: | $ 5659.11 | |

## Assessment Information:

| Class | Description | Year | Acreage | Land | Improvements | Total | Last Modified |
|---|---|---|---|---|---|---|---|
| G1 | Residential | 2021 | 1.640 | 60800 | 337700 | 398500 | 8/27/2020 |

## Deed Information:

The following documents are those that impact the transfer of ownership or the legal description of the parcel. There may be other documents on file with the Register of Deeds Office.

| Volume Number | Page Number | Document Number | Recorded Date | Type |
|---|---|---|---|---|
| 632 | 891 | 899528 | 8/20/1979 | WD PRIOR 9-1-81 |
| 1278 | 506 | 1212024 | 11/3/1998 | Warranty Deed |
| 0 | 0 | 1432214 | 9/19/2005 | Warranty Deed |
| 0 | 0 | 1596373 | 5/9/2012 | Warranty Deed |
| 0 | 0 | 1602036 | 8/2/2012 | Land Contract |

| Volume Number | Page Number | Document Number | Recorded Date | Type |
|---|---|---|---|---|
| 0 | 0 | 1621284 | 5/14/2013 | AMEND TO LAND CONTRACT |
| 0 | 0 | 1633878 | 12/23/2013 | Warranty Deed |
| 0 | 0 | 1633879 | 12/23/2013 | Quit Claim Deed |

## Outstanding Taxes

| Tax Yr. | Bill # | Total Tax | Total Paid | Accrued Interest | Accrued Penalties | Remaining Bal. |
|---|---|---|---|---|---|---|
| 2022 | 63196 | $5,338.47 | $0.00 | $0.00 | $0.00 | $5,338.47 |

## Permits Information:

Municipality:         Town of Hamilton
Property Address:     W5441 INNSBRUCK RD

Click on the permit number for additional details regarding the permit.

| Description | Per. # | Applicant Name | Status | Status Date | Activity |
|---|---|---|---|---|---|
| State Sanitary | 11582 | ORIGINAL APPLICANT DENNIS SCHROEDER | Final Compliance | 11/16/1979 | |
| Zoning Occupancy | 25530 | DALE C ARNDT | Issued | 4/4/2013 | |
| Zoning Occupancy | 26580 | JENNIFER HOWE SAULS MCKINNEY ISRAEL R MCKINNEY | Issued | 5/9/2016 | |

## History Information:

**Parent Parcel(s)**

There are no parent parcels for this property.

**Child Parcel(s)**

There are no child parcels for this property.