# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

122 W Washington Ave, Suite 500
Madison, WI 53703 -2758
Phone: (608) 256 -4320
Fax:    (608) 256 -2355

**Mail Chapter 13 PAYMENTS to   :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680 -1004

January 9, 2023

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:    Jennifer & Israel R. McKinney
       Case #22-11558-13

Dear Judge Blise:

This case is scheduled for a hearing on MARINE CREDIT UNION's Motion for Relief from Stay on 1/12/23.  The debtors are current with plan payments through a debtor payment order.  The proposed plan calls for Marine Credit Union to be paid directly through the sale of the real estate.

Sincerely,

/s/ Mark Harring

Mark Harring
Standing Chapter 13 Trustee

MWH/eb

cc:    ATTORNEY GREG P. PITTMAN
       ATTORNEY SAM KAUFMAN