**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**January 12, 2023**

## Court Proceeding Memo

**1-22-11558-rmb**   **Jennifer McKinney and Israel R. McKinney**   Chapter 13
Trustee: Mark Harring

**Appearances**:   Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Chapter 13 Trustee

**Matter**:   Preliminary Hearing on Confirmation of Chapter 13 Plan (Doc # 37)
-Obj. Trustee (Doc # 69)  -Obj. IRS (Doc # 72)

**Court Minutes:** Counsel for the debtor reported that he intends to amend the plan to address both objections and incorporate a negotiated resolution to the IRS' motion for relief from the automatic stay. The court adjourned hearing on confirmation to February 2, 2023.

OUTCOME:
___ Granted   ___ Denied   ___ Approved   ___ Allowed   ___ Disallowed
___ In Part   ___ Sustained   ___ Overruled   ___ Settled   ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____   _____ or the case will be dismissed
    ___ amend plan   ___ provide info to TR   ___ bring current   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
X   Adjourned to: **February 2, 2023** at **1:30 p.m.**
    Location:   X  Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
    ___ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order _____ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
    ___ Taken under advisement   ___ Other:

___ Other Schedule:

___ ORDER:
    ___ For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    ___ Order to be submitted by: _____
    ___ Order to be signed at docket no. _____

           X   ECF
          ___ cc: parties in interest
          ___ cc: parties appearing