**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**January 12, 2023**

## Court Proceeding Memo

| | | |
|---|---|---|
| **1-22-11558-rmb** | **Jennifer McKinney and Israel R. McKinney** | Chapter 13 |
| | | Trustee: Mark Harring |

**Appearances**:  Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Chapter 13 Trustee

**Matter**:  Preliminary hearing on Motion by IRS for Relief from Stay (Doc # 42)
-Obj. Debtors (Doc # 61)

**Court Minutes:** Counsel for the parties reported they are negotiating a resolution to the motion. The Court adjourned the hearing until February 2, 2023. The automatic stay will remain in effect pending the adjourned hearing.

OUTCOME:
___ Granted     ___ Denied     ___ Approved     ___ Allowed     ___ Disallowed
___ In Part     ___ Sustained  ___ Overruled    ___ Settled     ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____  ___ or the case will be dismissed
   ___ amend plan    ___ provide info to TR    ___ bring current    ___ other:

___ Plan confirmed:   ___ Ch. 13 TR    ___ Ch. 12 Atty.    ___ Ch. 11 Atty    ___ to submit proposed order

SCHEDULE:
 X  Adjourned to: **February 2, 2023** at **1:30 p.m.**
     Location:  X  Telephone    ___ Madison    ___ Eau Claire    ___ Other: _____
     ___ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
     ___ Issue standard pre-hearing order _____ [Yes/No]    ___ Other: _____

___ Briefing Schedule Set:
   ___ Taken under advisement             ___ Other:

___ Other Schedule:

___ ORDER:
   ___ For the reasons stated from the bench
   ___ Separate order to be entered by the Court
   ___ Order to be submitted by: _____
   ___ Order to be signed at docket no. _____

                                                     X  ECF
                                                    ___ cc: parties in interest
                                                    ___ cc: parties appearing