

**The terms of the order should be included in the order and not in an attached document. Counsel may resubmit a proposed order.**

**The matter addressed in this rejected order and accompanying motion is unresolved. SIGNED February 3, 2023**

*Rachel Blise*

**Hon. Rachel M. Blise
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

IN RE:

   Israel McKinney                                  Case No. 22-11558
   Jennifer McKinney,
        Debtors.

ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

On December 23, 2022, Marine Credit Union ("Creditor") filed a motion for relief from the 11 U.S.C. §362(a) stay to pursue its lien rights in Debtors' real property located at W5441 Innsbruck Road, West Salem, WI. The Creditor and the Debtors have agreed to resolve the motion. A copy of their agreement is attached to this order

Based on the record and the attached agreement IT IS ORDERED: The stay imposed by 11 U.S.C. §362(a) is modified to the extent necessary to give effect to the conditions stated in the agreement attached to this order. The motion is otherwise denied.

**IT IS FURTHER ORDERED**: this order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001 (a)(3).

#####

1

*REJECTED*