**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**February 2, 2023**

## Court Proceeding Memo

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13
Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**: Preliminary Hearing on Confirmation of Chapter 13 Plan (Doc # 37)
-Obj Trustee (Doc # 69) -Obj IRS (Doc # 72)

**Court Minutes:** Counsel for the IRS reported that the parties are nearing a negotiated resolution of the IRS's motion for relief from stay. The parties agreed that an amended plan will be needed if the motion for relief is resolved by agreement. The Court adjourned hearing on confirmation to allow the parties additional time to attempt to resolve the motion for relief.

OUTCOME:
___ Granted   ___ Denied   ___ Approved   ___ Allowed   ___ Disallowed
___ In Part   ___ Sustained   ___ Overruled   ___ Settled   ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____ ___ or the case will be dismissed
    ___ amend plan   ___ provide info to TR   ___ bring current   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
_X_ Adjourned to: **March 2, 2022** at **1:30 p.m.**
    Location:   _X_ Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
    ___ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order _____ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
    ___ Taken under advisement         ___ Other:

___ Other Schedule:

___ ORDER:
    ___ For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    ___ Order to be submitted by: _____
    ___ Order to be signed at docket no. _____

_X_ ECF
___ cc: parties in interest
___ cc: parties appearing