UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

                                     Case No. 22-11558

JENNIFER McKINNEY AND       Chapter 13
ISRAEL McKINNEY             Hon. Rachel M Blise

                  Debtors.

## ORDER

On October 27, 2022, the Court granted the ex parte motion filed by the United States of America, on behalf of the Internal Revenue Service ("IRS"), for an order temporarily freezing certain retirement accounts of the Debtors that were being held and administered by Pershing, LLC ("Pershing"). (ECF Nos. 42, 45.) On November 1, 2022, the Court entered an Order Extending Order Freezing Accounts, continuing the restriction on Debtors' withdrawal or use of the funds in the retirement accounts and directing Pershing to maintain the freeze on the retirement accounts until further order from this Court.

The Debtors now agree to the Court granting IRS relief from the automatic stay to levy the retirement accounts at Pershing, subject to certain associated provisions. Accordingly, IT IS HEREBY ORDERED:

1. IRS is granted relief from the automatic stay to levy the Debtors' retirement accounts with Pershing.

2.  The freeze order entered on October 27, 2022, and extended on November 1, 2022, is lifted for the sole purpose of IRS levying the retirement accounts and Pershing complying with the notice of levy in the manner specified in the next paragraph.

3.  The IRS may levy the entire balance of any retirement accounts of the Debtors existing at Pershing; however, Pershing shall withhold 35% of the amount withdrawn from each such account and remit the same separately to the IRS service center for deposit toward the 2023 income tax of the applicable account holder in the same manner that Pershing would do if the account was subject to back-up withholding. Pershing may request additional instructions from counsel for the United States, if necessary. Pershing shall send the remaining 65% of funds from the accounts to the IRS revenue officer and the address on the notice of levy.

4.  The IRS subsequently will reduce its agreed-upon secured claim in the Debtors' Chapter 13 plan to reflect the amount received from Pershing from the Debtors' retirement accounts for application to the Debtors' prepetition tax liabilities (*i.e.*, not including the 35% withheld for 2023-year tax).

5.  The IRS has agreed that the withdrawals from the retirement accounts to comply with the IRS levy shall not be subject to the 10% early withdrawal penalty under 26 U.S.C. § 72(t).

# # #