UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY,

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

Debtors.

**NOTICE OF UNITED STATES' MOTION TO MODIFY STAY TO PERMIT CREDIT (OFFSET) OF 269/365THS OF ISRAEL MCKINNEY'S CLAIMED PETITION-YEAR TAX REFUND AGAINST PREPETITION TAX LIABILITY AND FOR COURT INSTRUCTIONS REGARDING REMAINDER**

Please take notice that the United States of America, acting through the Internal Revenue Service, by Timothy M. O'Shea, United States Attorney for the Western District of Wisconsin, and Theresa M. Anzivino, Assistant United States Attorney, has filed with the Court the above-referenced motion (the Motion).

If you wish to object to the Motion, you must file a written objection and request for a hearing with the Court no later than **fourteen (14) days** from the date this notice was signed and served upon you. Upon receipt of your objection, the Court will schedule a hearing to consider the Motion and the grounds for your objection thereto.

Unless you file a written objection and request for a hearing with the Court within the time stated above, the Court may enter an order granting the relief the United States has requested in its Motion.

Dated February 23, 2022.

                                    Respectfully Submitted,

                                    TIMOTHY M. O'SHEA
                                    United States Attorney

                                    By:

                                    */s/Theresa M. Anzivino*
                                    Theresa (Esa) M. Anzivino
                                    Assistant United States Attorney
                                    Western District of Wisconsin
                                    222 W. Washington Avenue, Ste 700
                                    Madison, WI  53703
                                    Phone: (608) 264-5158
                                    theresa.anzivino@usdoj.gov