**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

In re:

                                    Case No. 22-11558

    JENNIFER McKINNEY AND             Chapter 13
    ISRAEL McKINNEY                   Hon. Rachel M Blise

                 Debtors.

---

**PROOF OF SERVICE**

---

The undersigned hereby certifies that she is an employee in the Office of the

United States Attorney for the Western District of Wisconsin and is a person of such age

and discretion as to be competent to serve papers.

That on February 23, 2023, she electronically filed the United States of America's

Motion to Modify Stay to Permit Credit Offset and for Court Instructions with the Clerk

of Court using the ECF system, which electronically served a copy upon the following

parties in interest:

**Jennifer McKinney**                **Israel R. McKinney**
c/o Greg P. Pittman                c/o Greg P. Pittman
greg@pittmanandpittman.com       greg@pittmanandpittman.com

**Trustee Mark Harring**           **U.S. Trustee's Office**
court@ch13wdw.org                USTPRegion11.MD.ECF@usdoj.gov

**Marine Credit Union**
c/o Sam E. Kaufman
sam@vklaw.us

                            */s/ Morgan Maloney*
                            Morgan Maloney