# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to:** |
|---|---|
| | Please write case # on all payments |
| 122 W Washington Ave, Suite 500 | MARK HARRING CH 13 TRUSTEE |
| Madison, WI 53703-2758 | P.O. BOX 88004 |
| Phone: (608) 256-4320 | CHICAGO, IL 60680-1004 |
| Fax:    (608) 256-2355 | |

February 24, 2023

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:    Jennifer & Israel R. McKinney
       Case #22-11558-13

Dear Judge Blise:

This case is scheduled for a hearing on INTERNAL REVENUE SERVICE's Motion for Relief from Stay on 3/2/23. The debtors are current with plan payments through a debtor payment order. The February payment of $15,000 is due later this month.

The Plan has not been confirmed, however, the debtors' plan proposes to pay the INTERNAL REVENUE SERVICE as follows: monthly payments of $6,870.94 for 60 months, with the debtors to resume payments for an additional 30 months after the plan is completed; the priority amount of $412,180.92 will be paid in full on a pro-rata basis through this office. To date this office has paid $27,483.76 to the INTERNAL REVENUE SERVICE through adequate protection payments.

Sincerely,

/s/ *Mark Harring*
Mark Harring
Standing Chapter 13 Trustee

MWH/eb

cc:    ATTORNEY GREG P. PITTMAN
       ATTORNEY THERESA M ANZIVINO