# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| **Debtors.** | **Case No: 22-11558** |

## MOTION TO APPROVE SALE OF VEHICLE AND USE PROCEEDS TO PURCHASE REPLACEMENT VEHICLE

Israel and Jennifer McKinney, debtors, by their attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman hereby moves the Court for an Order under Bankruptcy Code §363(f) granting the sale of the vehicle free clear of liens.

1. The Debtors currently own a 2015 Land Rover LR4 (VIN SALAG2V6XFA743592). This vehicle has consistently been in the shop for the last couple of months with issues. The Debtors have spent thousands of dollars in attempts to repair this vehicle.

2. The vehicle is currently at Don's Affordable Auto in Green Bay, WI and they are the shop that has been working on the Land Rover LR4. It has become evident that it is not feasible or reasonable to continue to put significant cash payments into the vehicle for repairs. The Debtors have paid $5,000.00 in repairs on the car and have further put a $2,000.00 for a deposit for more work/parts that are necessary to get the car roadworthy.

3. Don's Affordable Auto currently has a 2007 Subaru Impreza (VIN JF1GD61677H511005) for sale and willing to sell to the Debtors in the amount of $9,290.00. The replacement vehicle is necessary as the Debtors are a total

household size of 6 and the Debtors rely on help from their older dependents to help shuttle their younger dependents to and from school and activities. In addition, the Subaru has much better fuel economy to help reduce the costs of operation.

4. The deal between Don's Affordable Auto and the Debtors has been structured as follows:

   a. The Debtors will sign the title to Don's Affordable Auto in exchange for the $7,000.00 that has already been paid towards repairs.

   b. The $7,000.00 sale price of the Land Rover LR4 will be applied to the purchase price of the Subaru.

   c. The Debtors will pay the balance owed of $2,290.00 to Don's Affordable Auto.

5. The Debtors believe that the proposed sale is in the best interest of the Debtors and the bankruptcy estate because the sale/purchase will help reduce fuel/operating costs and a more reliable vehicle.

6. There is no lien-holder on the title of the Land Rover LR4, however the Internal Revenue Service has an overarching/blanket lien on all assets. Debtors would consent to the Internal Revenue Service being granted a first position lien on the Subaru that is proposed to be purchased.

7. **WHEREFORE**, the Debtors request the Court enter an order approving the sale of the vehicle in the amount of $7,000.00 and further grant the Debtors request to use those proceeds in the amount of $7,000.00 to be applied against the purchase price of the 2007 Subaru Impreza.

**Dated this ___6th___ day of March, 2023 at La Crosse, Wisconsin.**

**PITTMAN & PITTMAN LAW OFFICES, LLC**

By:    s/Greg P. Pittman
       Greg P. Pittman
       Attorney for Debtors
       Attorney No: 1073787
       712 Main Street
       La Crosse, WI 54601
       (608) 784-0841

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| Debtors. | Case No: 22-11558 |

**NOTICE OF MOTION TO SELL VEHICLE**

**PLEASE TAKE NOTICE**, that the debtors, Israel and Jennifer McKinney, by their attorneys, by PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, have filed a Motion to Approve Sale of vehicle. A copy of said Motion is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before **March 13, 2023,** you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 120 N. Henry St., RM 340, Madison, WI 53703* and a copy to *Greg P. Pittman, 712 Main Street, La Crosse, Wisconsin 54601.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __6th__ day of March, 2023, at La Crosse, Wisconsin.

PITTMAN & PITTMAN LAW OFFICES, LLC

By:    s/Greg P. Pittman
         Greg P. Pittman
         Attorney No: 1073787
         Attorney for Debtors
         712 Main Street
         La Crosse, WI 54601
         (608) 784-0841

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| Debtors. | Case No: 22-11558 |

### AFFIDAVIT OF SERVICE BY MAIL

**STATE OF WISCONSIN** )
                                ) SS
**COUNTY OF LA CROSSE** )

The undersigned being first duly sworn states that a true copy of the *Motion to Approve Sale, Notice of Motion and Proposed Order* was served upon the individuals on the attached list by either electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on March __6__, 2023.

                                                                          **s/Wanda Nickelotti**
                                                                          **Wanda Nickelotti**

**Subscribed and sworn to before me
this __6th__ day of March, 2023.**


**s/Greg P. Pittman**
**Greg P. Pittman, Notary Public**
**My Commission is permanent.**

```
Label Matrix for local noticing         American Accounts & Advisers        (p)AMERICOLLECT INC
0758-1                                   Attn: Bankruptcy                    PO BOX 2080
Case 1-22-11558-rmb                      Po Box 250                          MANITOWOC WI 54221-2080
Western District of Wisconsin www.wiwb.uscour Cottage Grove, MN 55016-0250
Eau Claire
Mon Mar  6 17:01:08 CST 2023

Theresa M. Anzivino                      Nathan Baney                        Bonneville Collections
U.S. Department of Justice               DOJ-Tax                             Po Box 150621
222 West Washington Avenue               Civil Trial Section, Central Region Ogden, UT 84415-0621
Suite 700                                P.O. Box 7238
Madison, WI 53703-2775                   Washington, DC 20044-7238

Credit Bureau Data Inc                   Credit Collection Services          Department of Treasury - Internal Revenue S
Attn: Bankruptcy                         Attn: Bankruptcy                    PO Box 7346
518 State Street Po Box 2288             725 Canton St                       Philadelphia, PA 19101-7346
La Crosse, WI 54602-2288                 Norwood, MA 02062-2679

Enhanced Recovery Company                Gundersen Health System             Mark Harring
Attn: Bankruptcy                         1900 South Ave.                     122 West Washington Ave.
8014 Bayberry Road                       La Crosse, WI 54601-5496            Suite 500
Jacksonville, FL 32256-7412                                                  Madison, WI 53703-2758

IRS - Centralized Insolvency Operations  (p)US ATTORNEY'S OFFICE WESTERN DISTRICT OF W  Sam E. Kaufman
P.O. Box 7346                            ATTN ESA ANZIVINO                   Vande Zande & Kaufman, LLP
Philadelphia, PA 19101-7346              222 WEST WASHINGTON AVENUE          408 E. Main Street
                                         SUITE 700                           PO Box 430
                                         MADISON WI 53703-2775               Waupun, WI 53963-0430

Marine Credit Union                      Marine Cu                           Israel R. McKinney
Attn: Collections Dept                   Attn: Bankruptcy                    W5441 Innsbruck Rd
P.O. Box 309                             Po Box 309                          West Salem, WI 54669-9316
Onalaska, WI 54650-0309                  Onalaska, WI 54650-0309

Jennifer McKinney                        (p)NATIONAL SERVICE BUREAU          Greg P. Pittman
229 S. 2nd St. N. #322                   18912 NORTH CREEK PARKWAY           Pittman & Pittman Law Offices, LLC
West Salem, WI 54601                     SUITE 205                           712 Main Street
                                         BOTHELL WA 98011-8016               La Crosse, WI 54601-4121

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC   Secretary of Treasury               Securities and Exchange Commission
c/o Wakefield & Associates, LLC          Treasury Department                 175 West Jackson Boulevard
PO Box 51272                             1500 Pennsylvania Avenue N.W.       Suite 900
Knoxville, TN 37950-1272                 Washington, DC 20220-0001           Chicago, IL 60604-2908

U.S. Trustee's Office                    VISTA RADIOLOGY PC                  (p)WAKEFIELD & ASSOCIATES
780 Regent Street, Suite 304             c/o Wakefield & Associates, LLC     PO BOX 51272
Madison, WI 53715-2635                   PO Box 51272                        KNOXVILLE TN 37950-1272
                                         Knoxville, TN 37950-1272

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect, Inc.
PO Box 1566
Manitowoc, WI 54221

Internal Revenue Service
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI 53703

National Service Bureau, Inc
18912 North Creek Parkway
Suite 205
Bothwell, WA 98011

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Wisconsin Dept. of Revenue
Special Procedures Unit - PO Box 8901
Madison, WI 53708-8901

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28