UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| ISRAEL MCKINNEY and<br>JENNIFER MCKINNEY | |
| Debtors. | Case No: 22-11558 |

**MOTION TO SHORTEN TIME OF NOTICE FOR DEBTOR'S MOTION TO SELL VEHICLE FROM 21 DAYS TO 7 DAYS**

Israel and Jennifer McKinney, Debtors, by their attorneys PITTMAN & PITTMAN LAW OFFICES, LLC, by Greg P. Pittman hereby moves the Court for an Order Shortening the Time of Notice to Sell the vehicle from 21 days to 7 days.

Dated this __6th__ day of March, 2023, at La Crosse, Wisconsin.

PITTMAN & PITTMAN LAW OFFICES, LLC

By:   s/Greg P. Pittman
      Greg P. Pittman
      Attorney No. 1073787
      Attorney for Debtors
      712 Main Street
      La Crosse, WI 54601
      (608) 784-0841

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| **ISRAEL MCKINNEY and** <br> **JENNIFER MCKINNEY** | |
| **Debtors.** | Case No: 22-11558 |

**AFFIDAVIT IN SUPPORT OF MOTION TO SHORTEN TIME TO SELL VEHICLE FROM 21 DAYS TO 7 DAYS**

| **STATE OF WISCONSIN** | ) |
|---|---|
| | ) SS |
| **COUNTY OF LA CROSSE** | ) |

Greg P. Pittman being first duly sworn on oath deposes and states as follows:

1. I am the attorney for the Debtors and have been working with the Debtors to navigate the chapter 13 process.

2. As part of the Debtors' plan to help reduce day to day costs and expenses, the Debtors are seeking to sell the 2015 Land Rover LR4 to Don's Affordable Auto in Green Bay, WI. The vehicle has spent a considerable amount of time in the shop recently and the costs to repair the vehicle have been tremendous. The Debtors have recently paid $5,000.00 in work performed over the last couple months and put a deposit down with Don's Affordable Auto of $2,000.00 for additional parts/work.

3. Don's Affordable Auto currently has a 2007 Subaru Impreza that they are willing to sell for $9,290.00. Don's Affordable Auto is currently holding both vehicles and is looking to have this transaction completed as soon as possible so they can get the Subaru off of their lot and start progress with the Land Rover LR4. The delay caused by the full 21 day notice drastically increases the risk Don's

Affordable Auto selling the Subaru before the Debtors have authority to complete the transaction.

5. This affidavit is in support of the Motion to Shorten Notice to Sell the Vehicle and Equipment from 21 days to 7 days.

s/Greg P. Pittman
Greg P. Pittman

Subscribed and sworn to before me
this ___6th___ day of March, 2023.

s/Wanda Nickelotti
Wanda Nickelotti, Notary Public
My Commission expires: 3/3/2026.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| ISRAEL MCKINNEY and JENNIFER MCKINNEY | |
| Debtors. | Case No: 22-11558 |

### AFFIDAVIT OF SERVICE BY MAIL

| STATE OF WISCONSIN | ) |
|---|---|
| | ) SS |
| COUNTY OF LA CROSSE | ) |

The undersigned being first duly sworn states that a true copy of *Motion to Shorten Time, Affidavit In Support of Motion and Proposed Order,* was served upon the individuals on attached list by either electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on March __6__ , 2023.

s/Wanda Nickelotti
Wanda Nickelotti

Subscribed and sworn to before me
this ___6th___ day of March, 2023

s/Greg P. Pittman
Greg P. Pittman, Notary Public
My Commission is Permanent

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-1<br>Case 1-22-11558-rmb<br>Western District of Wisconsin www.wiwb.uscour<br>Eau Claire<br>Mon Mar  6 17:01:08 CST 2023 | American Accounts & Advisers<br>Attn: Bankruptcy<br>Po Box 250<br>Cottage Grove, MN 55016-0250 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Theresa M. Anzivino<br>U.S. Department of Justice<br>222 West Washington Avenue<br>Suite 700<br>Madison, WI 53703-2775 | Nathan Baney<br>DOJ-Tax<br>Civil Trial Section, Central Region<br>P.O. Box 7238<br>Washington, DC 20044-7238 | Bonneville Collections<br>Po Box 150621<br>Ogden, UT 84415-0621 |
| Credit Bureau Data Inc<br>Attn: Bankruptcy<br>118 State Street Po Box 2288<br>La Crosse, WI 54602-2288 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Department of Treasury - Internal Revenue S<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Enhanced Recovery Company<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Gundersen Health System<br>1900 South Ave.<br>La Crosse, WI 54601-5496 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2758 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)US ATTORNEY'S OFFICE WESTERN DISTRICT OF W<br>ATTN ESA ANZIVINO<br>222 WEST WASHINGTON AVENUE<br>SUITE 700<br>MADISON WI 53703-2775 | Sam E. Kaufman<br>Vande Zande & Kaufman, LLP<br>408 E. Main Street<br>PO Box 430<br>Waupun, WI 53963-0430 |
| Marine Credit Union<br>Attn: Collections Dept<br>P.O. Box 309<br>Onalaska, WI 54650-0309 | Marine Cu<br>Attn: Bankruptcy<br>Po Box 309<br>Onalaska, WI 54650-0309 | Israel R. McKinney<br>W5441 Innsbruck Rd<br>West Salem, WI 54669-9316 |
| Jennifer McKinney<br>129 S. 2nd St. N. #322<br>West Salem, WI 54601 | (p)NATIONAL SERVICE BUREAU<br>18912 NORTH CREEK PARKWAY<br>SUITE 205<br>BOTHELL WA 98011-8016 | Greg P. Pittman<br>Pittman & Pittman Law Offices, LLC<br>712 Main Street<br>La Crosse, WI 54601-4121 |
| SOUTHEASTERN EMERGENCY PHYSICIANS, LLC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 | VISTA RADIOLOGY PC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect, Inc.
PO Box 1566
Manitowoc, WI 54221

Internal Revenue Service
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI 53703

National Service Bureau, Inc
18912 North Creek Parkway
Suite 205
Bothwell, WA 98011

Wakefield & Associates
Attn: Bankruptcy
2005 Middlebrook Pike
Knoxville, TN 37909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Wisconsin Dept. of Revenue
Special Procedures Unit - PO Box 8901
Madison, WI 53708-8901

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28