**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

**In Re:**                                                                                                              **In Bankruptcy No:**

**ISRAEL MCKINNEY and
JENNIFER MCKINNEY**

        **Debtors.**                                                                                       **Case No: 22-11558**

**ORDER SHORTENING TIME OF NOTICE TO OBJECT ON DEBTOR'S MOTION TO SELL VEHICLE**

Based upon the Motion by the Debtors and Affidavit in Support in the above-entitled proceedings to shorten the time of notice for the Motion to sell vehicle from 21 days to 7 days, and based upon all the other papers and records on file,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. That the time of notice is hereby shortened to seven (7) days from the date of this Motion and Service (Last day to object or respond is March 13, 2023).

###