**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **ISRAEL MCKINNEY and
JENNIFER MCKINNEY** | |
| **Debtors.** | Case No: 22-11558 |

**ORDER GRANTING MOTION TO SELL VEHICLE AND USE PROCEEDS TO
PURCHASE NEW VEHICLE**

The above named matter having come on pursuant to the Debtors' Motion to Sell Vehicle and use the proceeds to purchase new vehicle and pursuant to the notice of motion, a certain time was established for commenting, responding or objecting to said Motion to sell the vehicle, and the time for commenting, responding or objecting having expired,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtors' Motion to Sell the vehicle is granted. The Debtors may sell the 2015 Land Rover LR4 for the sale price of $7,000.00 to Don's Affordable Auto. The transfer of the 2015 Land Rover LR4 shall be free and clear of any lien or encumbrance.

2. The Debtors may use the $7,000.00 sale price and apply those funds towards the purchase of the 2007 Subaru Impreza from Don's Affordable Auto. If funds are not used to purchase

1

the 2007 Subaru Impreza, the sale proceeds shall be deposited into the Pittman & Pittman Law Offices, LLC Trust Account and only disbursed pursuant to further court order.

###