# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to :** |
|---|---|
| | Please write case # on all payments |
| 122 W Washington Suite 500 | MARK HARRING CH 13 TRUSTEE |
| Madison, WI 53703-2758 | P.O. BOX 88004 |
| Phone: (608) 256-4320 | CHICAGO, IL 60680-1004 |
| Fax:    (608) 256-2355 | |
| Website:  http://www.ch13wdw.org | Email:  info@ch13wdw.org |

March 7, 2023

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:    Jennifer & Israel R. McKinney
       Case #22-11558-13

Dear Judge Blise:

This office has reviewed the Motion to Sell Property Free and Clear of Liens filed March 6, 2023 as document no. 103.  The debtors intend to sign the title to Don's Affordable Auto in exchange for the $7,000.00 that has already been paid towards repairs.  They will pay the remaining balance owed of $2,290.00 to purchase a 2007 Subaru Impreza.

We have no objection to the Motion to Sell Property Free and Clear of Liens.

Sincerely,

*Mark Harring/*cj
Mark Harring
Standing Chapter 13 Trustee

MWH/cj
cc:    Attorney GREG P. PITTMAN