**THIS ORDER IS SIGNED AND ENTERED.**

Dated: March 7, 2023



_Rachel Blise_
**Hon. Rachel M. Blise
United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and JENNIFER MCKINNEY** | |
| Debtors. | Case No: 22-11558 |

**ORDER SHORTENING TIME OF NOTICE TO OBJECT ON DEBTOR'S MOTION TO SELL VEHICLE**

Based upon the Motion by the Debtors and Affidavit in Support in the above-entitled proceedings to shorten the time of notice for the Motion to sell vehicle from 21 days to 7 days, and based upon all the other papers and records on file,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. That the time of notice is hereby shortened to seven (7) days from the date of this Motion and Service (Last day to object or respond is March 13, 2023).

###