Marine Credit Union
Loss Mitigation
Po Box 309
608-783-4000

## (MINI-STATEMENT)

**JENNIFER H MCKINNEY**
**W5441 INNSBRUCK RD**       **ACCOUNT: XXXXXXX145**       **PERIOD: 09/01/22 TO 03/08/23**
**WEST SALEM WI 54669**

**1ST MORTGAGE ARM 365 ID:0100**
**Joint: ISRAEL R MCKINNEY**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 09/01/22 | | ID 0100 - **1st Mortgage Arm 365** Balance Forward | | 306,142.67 |
| 09/08/22 | 09/08/22 | **PAYMENT - THANK YOU ACH MARINE CU TYPE: PAYMENT ID: 1275977489 CO: MARINE CU** | 3,206.43 | 305,926.37 |
| | | **Finance Charge:    $ 2,990.13 Fees:    $ 0.00** | | |
| 10/17/22 | 10/17/22 | | | |
| 10/17/22 | 10/17/22 | | | |
| 10/20/22 | 10/20/22 | **PAYMENT - THANK YOU CHECK CHECK RECEIVED 3,964.26** | 3,203.63 | 305,926.37 |
| | | **Finance Charge:    $ 3,203.63 Fees:    $ 0.00** | | |
| 11/01/22 | 11/01/22 | | | |
| 12/01/22 | 12/01/22 | | | |
| 01/09/23 | 01/09/23 | **PAYMENT - THANK YOU CASH** | 1,244.97 | 305,926.37 |
| | | **Finance Charge:    $ 924.33 Fees:    $320.64** | | |
| 01/11/23 | 01/11/23 | **PAYMENT - THANK YOU CHECK CHECK RECEIVED 1,964.26** | 1,961.46 | 305,926.37 |
| | | **Finance Charge:    $ 1,961.46 Fees:    $ 0.00** | | |
| 01/11/23 | 01/11/23 | **PAYMENT - THANK YOU CHECK CHECK RECEIVED 3,564.26** | 3,206.43 | 305,926.37 |
| | | **Finance Charge:    $ 3,206.43 Fees:    $ 0.00** | | |
| 03/01/23 | 03/01/23 | **PAYMENT - THANK YOU** | 751.97 | 305,926.37 |
| | | **Finance Charge:    $ 564.50 Fees:    $187.47** | | |
| 03/08/23 | | Ending Balance | | 305,926.37 |

Marine Credit Union
Loss Mitigation
Po Box 309
608-783-4000

# (MINI-STATEMENT)

| JENNIFER H MCKINNEY<br>W5441 INNSBRUCK RD<br>WEST SALEM WI 54669 | ACCOUNT: XXXXXXX145 | PERIOD: 09/01/22 TO 03/08/23 |
|---|---|---|

**MORTGAGE ESCROW ID:0901**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 09/01/22 | | ID 0901 - **Mortgage Escrow** Balance Forward | | 4,437.25 |
| 09/08/22 | 09/08/22 | **DEPOSIT ESCROW-LOAN 0100** | 757.83 | **5,195.08** |
| 09/14/22 | 09/14/22 | WITHDRAWAL HOMEOWNERS INSUR ADD HOI TO RURAL MUTUAL | - 129.00 | 5,066.08 |
| 09/30/22 | 09/30/22 | **DEPOSIT DIVIDEND 0.090%** | 0.37 | **5,066.45** |
| 10/20/22 | 10/20/22 | **DEPOSIT ESCROW-LOAN 0100** | 760.63 | **5,827.08** |
| 10/31/22 | 10/31/22 | **DEPOSIT DIVIDEND 0.090%** | 0.41 | **5,827.49** |
| 11/30/22 | 11/30/22 | **DEPOSIT DIVIDEND 0.090%** | 0.43 | **5,827.92** |
| 12/12/22 | 12/12/22 | WITHDRAWAL PROPERTY TAX PMT | - 5,338.47 | 489.45 |
| 12/31/22 | 12/31/22 | **DEPOSIT DIVIDEND 0.110%** | 0.22 | 489.67 |
| 01/09/23 | 01/09/23 | **DEPOSIT ESCROW-LOAN 0100** | 755.03 | **1,244.70** |
| 01/11/23 | 01/11/23 | **DEPOSIT ESCROW-LOAN 0100** | 2.80 | **1,247.50** |
| 01/11/23 | 01/11/23 | **DEPOSIT ESCROW-LOAN 0100** | 757.83 | **2,005.33** |
| 01/31/23 | 01/31/23 | **DEPOSIT DIVIDEND 0.110%** | 0.15 | **2,005.48** |
| 02/28/23 | 02/28/23 | **DEPOSIT DIVIDEND 0.110%** | 0.17 | **2,005.65** |
| 03/01/23 | 03/01/23 | **DEPOSIT ESCROW-LOAN 0100** | 755.03 | **2,760.68** |
| 03/08/23 | | Ending Balance | | 2,760.68 |