**THIS ORDER IS SIGNED AND ENTERED.**

Dated: March 20, 2023



*Rachel Blise*
**Hon. Rachel M. Blise
United States Bankruptcy Judge**

# UNITED STATE BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>    Jennifer McKinney<br>    Israel McKinney,<br>        Debtors. | Case No. 22-11558 |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

Marine Credit Union (the "Movant") filed an affidavit of default as it relates to the Debtors failure to comply with payment terms set forth in a stipulation entered into with Debtors resolving Movant's Motion for Relief of Automatic Stay. The Court having entered an order on February 22, 2023 denying Movant's motion based upon the stipulation of the parties as it relates to Debtors' property located at W5441 Innsbruck Road, West Salem, WI (the "Property"). Based upon the affidavit of Dean Chady from Marine Credit Union the Court finds that the Debtors have failed to comply with the payment terms set forth in the stipulation resolving Movant's Motion for Relief of Automatic Stay.

**IT IS THEREFORE ORDERED**: the stay of 11 U.S.C. § 362 is modified to permit the

Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law;

**IT IS FURTHER ORDERED**: all other relief requested in the motion is denied; and

**IT IS FURTHER ORDERED**: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####