**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**March 23, 2023**

## Court Proceeding Memo

**1-22-11558-rmb**   **Jennifer McKinney and Israel R. McKinney**   Chapter 13
                                                                    Trustee: Mark Harring

**Appearances**:   Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**:   Preliminary hearing on Motion by Debtor to Sell Property Free and Clear of Liens (Doc # 103)
-Obj IRS (Doc # 111)

**Court Minutes:** Counsel for the debtors reported that the debtors are negotiating with the IRS regarding a possible resolution to the motion. Counsel for the IRS agreed that the parties will know within 14 days whether they can resolve the objection. The court adjourned the hearing to April 6, 2023, at 1:30 p.m.

OUTCOME:
___ Granted   ___ Denied   ___ Approved   ___ Allowed   ___ Disallowed
___ In Part   ___ Sustained   ___ Overruled   ___ Settled   ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____ ___ or the case will be dismissed
   ___ bring current   ___ provide info to TR   ___ amend plan   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
 X  Adjourned to: **April 6, 2023** at **1:30 p.m.**
    Location:  X  Telephone   ___ Madison   ___ Eau Claire   ___ Other: _____
    ___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order ___ [Yes/No]   ___ Other: _____

___ Briefing Schedule Set:
    ___ Taken under advisement   ___ Other:

___ Other Schedule:

___ ORDER:
    ___ For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    ___ Order to be submitted by: _____
    ___ Order to be signed at docket no. _____

                                                 X  ECF
                                                ___ cc: parties in interest
                                                 X  cc: parties appearing