IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

JENNIFER AND ISRAEL MCKINNEY,

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M. Blise

## NOTICE OF UNITED STATES' MOTION FOR
## RELIEF FROM AUTOMATIC STAY AS TO REAL ESTATE

The United States of America, Internal Revenue Service has filed with the Court a Motion for Relief from the Automatic Stay as to real estate located at W5441 Innsbruck Road, West Salem, WI (the Motion). If you wish to object to the Motion, you must file a written objection and request for a hearing with the Court no later than **fourteen (14) days** from the date this notice was signed and mailed to you.

Upon receipt of your objection, the Court will schedule a hearing to consider the Motion and the grounds for your objection thereto. Unless you file a written objection and request for a hearing with the Court within the time period stated above, the Court may enter an order granting the relief the United States has requested in its Motion.

Dated March 31, 2023.

Respectfully Submitted,

TIMOTHY M. O'SHEA,
United States Attorney

By:

*s/Theresa M. Anzivino*
THERESA (ESA) M. ANZIVINO
Assistant United States Attorney

United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI  53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov