**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

Debtors.

## PROOF OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Wisconsin and is a person of such age and discretion as to be competent to serve papers.

That on March 31, 2023, she electronically filed the United States of America's Motion for Relief from Stay, Notice of Motion for Relief from Stay, and Proposed Order with the Clerk of Court using the ECF system, which electronically served a copy upon the following parties in interest:

**Jennifer McKinney**
c/o Greg P. Pittman
greg@pittmanandpittman.com

**Israel R. McKinney**
c/o Greg P. Pittman
greg@pittmanandpittman.com

**Trustee Mark Harring**
court@ch13wdw.org

**U.S. Trustee's Office**
USTPRegion11.MD.ECF@usdoj.gov

*/s/ Morgan Maloney*
Morgan Maloney