UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

JENNIFER McKINNEY AND
ISRAEL McKINNEY

Debtors.

Case No. 22-11558
Chapter 13
Hon. Rachel M Blise

**ORDER**

The United States of America, on behalf of the Internal Revenue Service (IRS), moved on March 31, 2023, for an order granting relief from the automatic stay (the Motion) as to the real estate located at W5441 Innsbruck Road, West Salem, WI (the Property). There being no objections to the Motion and for the reasons set forth in the Motion, IT IS HEREBY ORDERED that the IRS is granted relief from the automatic stay as to the Property to pursue against the Property any and all legal remedies to which the IRS is entitled under federal and state law.

# # #