**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**April 6, 2023**

## Court Proceeding Memo

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13<br>Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**: Preliminary hearing on Motion by Debtor to Sell Property Free and Clear of Liens under Section 363(f) (Doc # 103) -Obj IRS (Doc # 111)

**Court Minutes:** Counsel for the parties reported that they have reached an agreement in principle to resolve the motion, and that counsel for the IRS has circulated a stipulation incorporating the agreement. Counsel for the debtors requested time for the debtors to approve the stipulation. The Court adjourned hearing on the motion to April 27, 2023 at 1:30 p.m. by telephone.

OUTCOME:
\_\_\_ Granted  \_\_\_ Denied  \_\_\_ Approved  \_\_\_ Allowed  \_\_\_ Disallowed
\_\_\_ In Part  \_\_\_ Sustained  \_\_\_ Overruled  \_\_\_ Settled  \_\_\_ Withdrawn
\_\_\_ Other:

\_\_\_ Debtor shall do the following by: _____ or the case will be dismissed
\_\_\_ bring current  \_\_\_ provide info to TR  \_\_\_ amend plan  \_\_\_ other:

\_\_\_ Plan confirmed:  \_\_\_ Ch. 13 TR  \_\_\_ Ch. 12 Atty.  \_\_\_ Ch. 11 Atty  to submit proposed order

SCHEDULE:
 X  Adjourned to: **April 27** at **1:30 p.m.**
Location:  X  Telephone  \_\_\_ Madison  \_\_\_ Eau Claire  \_\_\_ Other: _____
\_\_\_ Final/Evidentiary Hearing. Parties agree that \_\_\_\_ [hours/days] will be sufficient to hear the matter.
\_\_\_ Issue standard pre-hearing order \_\_\_ [Yes/No]  \_\_\_ Other: _____

\_\_\_ Briefing Schedule Set:
\_\_\_ Taken under advisement  \_\_\_ Other:

\_\_\_ Other Schedule:

\_\_\_ ORDER:
\_\_\_ For the reasons stated from the bench
\_\_\_ Separate order to be entered by the Court
\_\_\_ Order to be submitted by: _____
\_\_\_ Order to be signed at docket no. _____

 X  ECF
\_\_\_ cc: parties in interest
\_\_\_ cc: parties appearing