**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

---

**In Re:**                                                                  **In Bankruptcy No:**

**ISRAEL MCKINNEY
JENNIFER MCKINNEY**

        **Debtor(s).**                                            **Case No:  22-11558(Chapter 13)**

---

**WITHDRAWAL OF MODIFIED PLAN FILED AT DOCKET #122**

---

      Israel and Jennifer McKinney, debtors by their attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, hereby withdraws the modified plan filed at docket #122 because the incorrect version of the plan was filed that did not include the Wisconsin Department of Revenue priority taxes. The corrected plan will be filed as a separate entry.

      **Dated this  13th   day of April, 2023 at La Crosse, Wisconsin.**

                                      **PITTMAN & PITTMAN LAW OFFICES, LLC.**

                                  **By:**     **s/Greg P. Pittman**
                                            **Greg P. Pittman
                                            Attorney for Debtors
                                            Attorney No. 1073787
                                            712 Main Street
                                            La Crosse, WI  54601
                                            (608) 784-0841**