**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 14, 2023**



_____
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| ISRAEL McKINNEY and  JENNIFER McKINNEY | |
| **Debtors.** | **Case No: 22-11588** |

**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER (DOCKET #102)**

The above named matter having come on pursuant to a Motion to Extend Time to comply with the court order (docket #102) with the Debtors requesting additional time to file an updated budget due to future/changing living situations.

**IT IS ORDERED AS FOLLOWS:**

**1.** The Debtors shall file an updated budget on or before April 23, 2023.

###