**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 8, 2023**





**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Proceedings for a Debt Repayment Plan Under Chapter 13 |
| Jennifer & Israel R. McKinney | Case Number    22-11558-   13 |

### AMENDED ORDER TO DEBTOR TO PAY THE TRUSTEE

TO    Jennifer & Israel R. McKinney
       429 S 2nd St N #322
       La Crosse WI 54601

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Jennifer  McKinney the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

    15,000.00 MONTHLY                    Due immediately

and to continue MONTHLY until:

    22,000.00 MONTHLY                    Due by:  7/27/2026

and to continue MONTHLY thereafter.

Said payment(s) to be by    Money Order, Cashiers Checks or via TFSBillPay.com
Money Orders and Cashiers Checks must    Include Your Name and Case Number    on them.
Your Case Number is:    22-11558

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:    **Mark Harring Standing Trustee**
          and mailed to:    **MARK HARRING CH 13 TRUSTEE**
                            **P.O. BOX 88004**
                            **CHICAGO IL 60680-1004**

    Ch 13  Office Phone #    608-256-4320

This order supersedes any previous order made to you in this case.

    YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

                                ###