**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**May 18, 2023**

## Court Proceeding Memo

**1-22-11558-rmb**  **Jennifer McKinney and Israel R. McKinney**           Chapter 13
                                                                            Trustee: Mark Harring

**Appearances**:   Greg P. Pittman, Attorney for Debtors
                   Theresa Anzivino, Attorney for IRS
                   Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**:   Preliminary hearing on Confirmation of Amended Chapter 13 Plan (Doc # 126)
              -Obj IRS (Doc # 131)

**Court Minutes:** Counsel for the IRS stated that there are still some pending issues regarding the debtors' post-petition tax filing and payment obligations and request additional time to work on the issues. The court adjourned the hearing to June 1, 2023, at 1:30 p.m.

OUTCOME:
- Granted    ___ Denied    ___ Approved    ___ Allowed    ___ Disallowed
- In Part    ___ Sustained  ___ Overruled   ___ Settled    ___ Withdrawn
- Other:

___ Debtor shall do the following by: _____ or the case will be dismissed
    ___ bring current   ___ provide info to TR   ___ amend plan   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
 X  Adjourned to: **June 1, 2023** at **1:30 p.m.**
    Location:  X  Telephone   ___ Madison   ___ Eau Claire   ___ Other:
    ___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order ___ [Yes/No]   ___ Other:

___ Briefing Schedule Set:
    ___ Taken under advisement   ___ Other:

___ Other Schedule:

___ ORDER:
    ___ For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    ___ Order to be submitted by:
    ___ Order to be signed at docket no.

                                              X  ECF
                                              ___ cc: parties in interest
                                              ___ cc: parties appearing