**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**June 8, 2023**

## Court Proceeding Memo

**1-22-11558-rmb**   **Jennifer McKinney and Israel R. McKinney**   Chapter 13
Trustee: Mark Harring

**Appearances**:   Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**:   Preliminary hearing on Confirmation of Amended Chapter 13 Plan (Doc # 126)
-Obj IRS (Doc # 131)

**Court Minutes:** Counsel for the IRS reported that the parties are negotiating a resolution to the objection. The Court also discussed with the parties the issue whether the IRS secured debt could be amortized over more than 60 months and referred the parties to its decision in *In re Peterson,* No. 22-11787, ECF 34 (Bankr. W.D. Wis. June 8, 2023). The Court also suggested that the parties review *In re Pierrotti*, 645 F.3d 277 (5th Cir. 2011), which involved amortization of a secured IRS claim. The Court adjourned the hearing until July 6, 2023 at 1 p.m.

OUTCOME:
___ Granted    ___ Denied    ___ Approved    ___ Allowed    ___ Disallowed
___ In Part    ___ Sustained    ___ Overruled    ___ Settled    ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____    ___ or the case will be dismissed
   ___ bring current   ___ provide info to TR   ___ amend plan   ___ other:

___ Plan confirmed:   ___ Ch. 13 TR   ___ Ch. 12 Atty.   ___ Ch. 11 Atty   to submit proposed order

SCHEDULE:
_X_ Adjourned to: **July 6, 2023** at **1:00 p.m.**
   Location:  _X_ Telephone   ___ Madison   ___ Eau Claire   ___ Other:
   ___ Final/Evidentiary Hearing. Parties agree that ___ [hours/days] will be sufficient to hear the matter.
   ___ Issue standard pre-hearing order  ___ [Yes/No]   ___ Other:

___ Briefing Schedule Set:
   ___ Taken under advisement   ___ Other:

___ Other Schedule:

___ ORDER:
   ___ For the reasons stated from the bench
   ___ Separate order to be entered by the Court
   ___ Order to be submitted by:
   ___ Order to be signed at docket no.

_X_ ECF
___ cc: parties in interest
___ cc: parties appearing