# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

122 W Washington Suite 500
Madison, WI 53703-2758
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680-1004

Email:  info@ch13wdw.org

June 28, 2023

Honorable Judge Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:    Jennifer & Israel R. McKinney
       Case #22-11558-13

Dear Judge Blise:

We have reviewed the debtors' Motion to Sell Free and Clear of Liens filed June 27, 2023 as Document #139.  The debtors propose to sell the property located at W5441 Innsbruck Rd, West Salem, WI 54669.

This office has no objection to the debtors' Motion to Sell Free and Clear of Liens.


Sincerely,

/s/ Mark Harring

Mark Harring
Standing Chapter 13 Trustee

MWH/cj

cc:    ATTORNEY GREG P. PITTMAN