**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**August 3, 2023**

## Court Proceeding Memo and Order

| | | |
|---|---|---|
| 1-22-11558-rmb | **Jennifer McKinney and Israel R. McKinney** | Chapter 13<br>Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for IRS
Leslie Brodhead Griffith, Attorney for Chapter 13 Trustee

**Matter**: Preliminary hearing on Confirmation of Amended Chapter 13 Plan (Doc # 126)
-Obj IRS (Doc # 131)

**Court Minutes:** Counsel reported that debtors are negotiating an agreement with the IRS and that they intend to file an amended plan. Counsel for the trustee reported that debtors are current on plan payments and that the trustee continues to make adequate protection payments to the IRS. The Court denied confirmation of the amended plan filed on April 13, 2023. The debtors must file an amended plan on or before October 6, 2023. Pending the amendment, the debtors must continue to make plan payments to the trustee, and the trustee must continue making adequate protection payments as provided in the amended plan.

OUTCOME:
\_\_\_ Granted   _X_ Denied   \_\_\_ Approved   \_\_\_ Allowed   \_\_\_ Disallowed
\_\_\_ In Part   \_\_\_ Sustained   \_\_\_ Overruled   \_\_\_ Settled   \_\_\_ Withdrawn
\_\_\_ Other:

_X_  Debtor shall do the following by:   **October 6, 2023**
    \_\_\_ bring current   \_\_\_ provide info to TR   _X_ amend plan   \_\_\_ other:

\_\_\_ Plan confirmed:   \_\_\_ Ch. 13 TR   \_\_\_ Ch. 12 Atty.   \_\_\_ Ch. 11 Atty   \_\_\_ to submit proposed order

SCHEDULE:
\_\_\_ Adjourned to: _____ at _____
    Location:   \_\_\_ Telephone   \_\_\_ Madison   \_\_\_ Eau Claire   \_\_\_ Other:
    \_\_\_ Final/Evidentiary Hearing.  Parties agree that \_\_\_\_\_ [hours/days] will be sufficient to hear the matter.
    \_\_\_ Issue standard pre-hearing order \_\_\_\_ [Yes/No]   \_\_\_ Other:

\_\_\_ Briefing Schedule Set:
    \_\_\_ Taken under advisement   \_\_\_ Other:

\_\_\_ Other Schedule:

_X_  ORDER:
    _X_ For the reasons stated from the bench
    \_\_\_ Separate order to be entered by the Court
    \_\_\_ Order to be submitted by:
    \_\_\_ Order to be signed at docket no.

IT IS SO ORDERED:

*/s/ Rachel Blise*
Rachel M. Blise
U.S. Bankruptcy Judge

_X_ ECF
\_\_\_ cc: parties in interest
\_\_\_ cc: parties appearing