**THIS ORDER IS SIGNED AND ENTERED.**

Dated: October 10, 2023



_Rachel Blise_
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| Debtors. | Case No: 22-11558 |

**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER (DOCKET #144) UP AND THROUGH UNTIL OCTOBER 20, 2023**

The above named matter having come on pursuant to a Motion to Extend Time to comply with the court order (docket #144) with the Debtors requesting an additional fourteen days to file a modified plan and updated budget pursuant to the statements contained in the Motion,

**IT IS ORDERED AS FOLLOWS:**

**1.**    The Debtors shall file a modified plan and updated budget on or before October 20, 2023.

###