**Pittman & Pittman**
Law Offices, LLC

**La Crosse Office**
Galen W. Pittman • Greg P. Pittman*
Chuck Berendes
712 Main Street
La Crosse, WI 54601
P. (608) 784-0841 • F. (608) 784-2206

**Madison Office**
Wade M. Pittman**
702 Blackhawk Ave., North, Ste 101
Madison, WI 53705
P. (608) 233-4336 • F. (608) 784-2206

October 20, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
500 South Barstow Street
Eau Claire, Wisconsin 54701

Re: Israel and Jennifer McKinney – 22-11558 (chapter 13)
    Change of Debtor Address

**Dear Clerk:**

Please change the address for Israel McKinney as follows:

Israel McKinney
916 Tyler Street
La Crosse, WI 54601

**Very truly yours,**

PITTMAN & PITTMAN LAW OFFICES, LLC

*[signature]*

**Greg P. Pittman**

*Also Licensed in Minnesota
**Fluent in Spanish

www.pittmanandpittman.com