**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
Honorable Rachel M. Blise
November 30, 2023

## Court Proceeding Memo and Order

| | | |
|---|---|---|
| **1-22-11558-rmb** | **Jennifer McKinney and Israel R. McKinney** | Chapter 13
Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtors
Theresa M. Anzivino, Attorney for the IRS
Leslie Brodhead Griffith, Attorney for the Chapter 13 Trustee

**Matter**: Preliminary hearing on Confirmation of Amended Chapter 13 Plan (Doc # 149)
-Obj trustee (Doc # 151) -Obj IRS (Doc # 153)

**Outcome**: Objections sustained; confirmation denied. On or before December 21, 2023, the debtors shall file an amended plan.

**Court Minutes and Order**: Counsel for the debtors and the IRS reported that they are working to resolve the post-petition tax amount. Counsel for the debtors agreed an amended plan is necessary to address the objections and requested three weeks to file an amended plan.

The Court sustained the objections, denied confirmation of the plan, and ordered the debtors to file an amended plan by December 21, 2023.

IT IS SO ORDERED for the reasons stated on the record.

_Rachel Blise_
Rachel M. Blise
U.S. Bankruptcy Judge

Service:
ECF participants