**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and** | |
| **JENNIFER MCKINNEY** | |
| Debtors. | Case No: 22-11558 |

**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER (DOCKET #157) UP AND THROUGH UNTIL JANUARY 12, 2024**

The above named matter having come on pursuant to a Motion to Extend Time to comply with the court order (docket #157) with the Debtors requesting an additional twenty-two days to file an amended plan due to the reasons contained in the Motion,

**IT IS ORDERED AS FOLLOWS:**

**1.**    The Debtors shall file an amended plan on or before January 12, 2024.

###