**THIS ORDER IS SIGNED AND ENTERED.**

Dated: December 22, 2023



_____
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| ISRAEL MCKINNEY and | |
| JENNIFER MCKINNEY | |
| Debtors. | Case No: 22-11558 |

**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER (DOCKET #157) UP AND THROUGH UNTIL JANUARY 12, 2024**

The above named matter having come on pursuant to a Motion to Extend Time to comply with the court order (docket #157) with the Debtors requesting an additional twenty-two days to file an amended plan due to the reasons contained in the Motion,

**IT IS ORDERED AS FOLLOWS:**

**1.** The Debtors shall file an amended plan on or before January 12, 2024.

###