UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ISRAEL MCKINNEY and** <br> **JENNIFER MCKINNEY** | |
| **Debtors.** | **Case No: 22-11558 (Chapter 13)** |

### APPLICATION BY ATTORNEYS FOR DEBTORS FOR ALLOWANCE OF COMPENSATION AND DISBURSEMENTS

The application of PITTMAN & PITTMAN LAW OFFICES, LLC by Attorney Greg P. Pittman for approval of services rendered and costs incurred pursuant to Bankruptcy Code §330(a)(4)(B) represents as follows:

1. PITTMAN & PITTMAN LAW OFFICES, LLC, by Greg P. Pittman, attorney for Israel and Jennifer McKinney, debtors, hereby makes this application for allowance of compensation for professional services rendered and for reimbursement for actual and necessary costs and expense incurred by and in the administration of the Estate of said Debtors.

2. On September 27, 2022, the employment of your applicant under a general retainer to represent the Debtors in this Proceeding was approved by the applicants as part of the bankruptcy filing.

3. All services for which compensation is requested by your applicant were performed for and on behalf of said Debtors and not on behalf of any committee, creditor or other person.

4. This application is for fees incurred by the attorneys and their staff for services incurred from the inception of the Chapter 13 case, including all preliminary work necessary to successfully complete the filing of the Petition and Schedules and all post-petition work to put forth a confirmable plan and the continued viability of the Chapter 13 case.

5. The assets of the Debtors administered have a value of approximately $840,484.00 and liabilities in the approximate amount of $1,518,627.94.

6. The services rendered are set forth in detail with the attached billing statement therein and is termed Exhibit No. 1.

7. The rates of compensation of the attorney and supporting personnel agreed to by the Debtors. In conformity with these rates, the reasonable value of services rendered by your applicant as the attorney for said Debtors in the Chapter 13 is in the total amount of $32,692.27. This is described as follows:

| | |
|---|---|
| Chapter 13 Attorneys Fees | $31,902.50 |
| Chapter 13 costs/disbursements | $789.77 |
| Total fees/expenses as of March 5, 2024 - | $32,692.27 |

8. The application for allowance is submitted with standards which include the time and labor required, the novelty and difficulty of the questions, the skill requisite to perform the legal services properly; the preclusion of other employment by attorneys due to the acceptance of the case, the customary fee, whether the fee is fixed or contingent, time limitation imposed upon the client in other circumstances, the amount involved and the results obtained, the nature and length of the professional relationship with the clients and awards in similar cases.

9. The Debtors have paid $2,313.00 to date. The Debtors paid $313.00 to cover the filing fee at the time of case filing and $2,000.00 as part of the real estate sale as approved in the order approving sale at docket #143. Pittman & Pittman Law Offices, LLC further discounted the invoice by $379.27 to match the Chapter 13 Plan distribution towards attorneys fees in the amount of $30,000.00. The total remaining balance owed to Pittman & Pittman Law Offices, LLC as of March 5, 2024 is in the amount of $30,000.00.

**WHEREFORE**, your applicant seeks approval of fees and expenses in the total amount of $32,692.27, which includes attorneys' fees and disbursements in this matter as set forth in Exhibit No. 1.

Dated this   5th   day of March, 2024, at La Crosse, Wisconsin.

                                                   PITTMAN & PITTMAN LAW OFFICES, LLC

                                                   By:    s/Greg P. Pittman
                                                               Greg P. Pittman
                                                                Attorney No: 1073787
                                                               Attorneys for Debtors
                                                               712 Main Street
                                                               La Crosse, Wisconsin  54601
                                                              (608) 784-0841

**Pittman & Pittman Law Offices**
712 Main Street
La Crosse, WI 54601
United States
(608) 784-0841



**Jennifer McKinney**
W5441 Innsbruck Rd.
West Salem, WI 54669

**Balance** $30,000.00
**Invoice #** 82139
**Invoice Date** March 5, 2024
**Payment Terms**
**Due Date**

## McKinney, Jennifer & Israel: New Chapter 13

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/27/2022 | GPP | Work on File | Numerous emails to and from Jennifer McKinney and Israel McKinney regarding chapter 13 filing/credit counseling/IRS levy | $275.00 | 1.5 | $412.50 |
| 09/28/2022 | GPP | Work on File | Numerous emails to and from Trustee regarding funds/levy (.8) - Call to Atty. Brodhead Griffith on levy of funds (.2) - Discuss levy with Mark Harring in between 341 meetings (.1) - Research on levy of assets on the automatic stay and property of the estate (1.2) - Review IRS website regarding IRS levy and timing with bankruptcy filing (1) - Email to Atty. Anzivino and Atty. Kruschke regarding chapter 13 filing and release of levy (.4) - Email IRS website information to Atty. Griffith for review (.4) - Numerous emails with Jennifer McKinney regarding status of funds and items necessary to complete filing (.6) | $275.00 | 4.7 | $1,292.50 |
| 09/28/2022 | GWP | Other | Conference with Greg Pittman, discuss Levy and Case Status. | $300.00 | 0.5 | $150.00 |
| 10/05/2022 | GPP | Work on File | Exchange emails with Atty. Anzivino (.2) - Phone call with Atty. Anzivino to discuss case status (.4) - Review objection to motion to quash levy (.3) - Draft motion/notice to continue automatic stay (.6) | $275.00 | 1.5 | $412.50 |
| 10/06/2022 | GPP | Work on File | Complete draft of motion to continue automatic stay (.4) - Email to client with motion for automatic stay and questions on status (.3) - Attend court call on motion to quash levy and freeze funds (.4) | $275.00 | 1.1 | $302.50 |
| 10/10/2022 | GPP | Work on File | Make corrections to motion to continue automatic stay (.2) - Meet with client to review motion/affidavit/status of case/IRS/income/etc - .6 | $275.00 | 0.8 | $220.00 |
| 10/11/2022 | GPP | Work on File | Draft motion to extend time to file schedules and plan (.4) - Draft long email to clients and their divorce attorneys regarding assets and potential sale of assets (.8) - Review and respond to multiple emails from Israel McKinney with paystubs (.3) | $275.00 | 1.5 | $412.50 |

| Date | Atty | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/17/2022 | GPP | Work on File | Coordinate meeting with divorce attorneys and clients - Review email from Atty. Anzivino from IRS | $275.00 | 0.5 | $137.50 |
| 10/19/2022 | WP | Work on File | Consult with Atty Greg Pittman regarding IRS claim and chapter 13 plan | $300.00 | 0.7 | $210.00 |
| 10/19/2022 | GPP | Work on File | Review email from Atty. Anzivino regarding proposal to IRS and forward to client (.4) - Email to clients regarding appointment (.2) - Email to Jennifer McKinney regarding income and Chapter 13 Plan Payments (.3) - Review objection to motion to continue automatic stay and email to clients (.3) - Analyze assets and secured claim of the IRS/payment amount/2022 income (1.5) | $275.00 | 2.7 | $742.50 |
| 10/19/2022 | GWP | Other | Conference with Greg Pittman IRS and chapter 13 case | $300.00 | 0.4 | $120.00 |
| 10/20/2022 | GPP | Work on File | Review IRS proof of claim and analyze secured/priority/general unsecured portion (.5) - Meet with client to review status of case/income/schedules (1) - Make corrections to schedules (1) - Exchange emails with clients regarding payment/budget (.4) | $275.00 | 2.9 | $797.50 |
| 10/21/2022 | GPP | Work on File | Review email from client regarding budget and payment (.2) - Make corrections to budget and schedules (.4) - Make corrections to chapter 13 plan (.4) - Email updated copies to clients (.2) - Prep schedules/plan for filing (.2) | $275.00 | 1.4 | $385.00 |
| 10/24/2022 | GPP | Email | Review and respond to email from client regarding payment (.2) - Exchange emails with trustee regarding trustee meeting (.3) - Exchange emails with clients regarding trustee meeting set for 10/26 (.3) | $275.00 | 0.8 | $220.00 |
| 10/26/2022 | GPP | Work on File | Attend 341 meeting to adjourn for new date (.2) - Review motion to seal documents and notifications from court (.3) - Exchange emails with Atty. Anzivino regarding motion for relief from stay and motion for continuance of stay (.3) | $275.00 | 0.8 | $220.00 |
| 10/27/2022 | WP | Work on File | Consult with Atty Greg Pittman regarding relief from stay with IRS | $300.00 | 0.4 | $120.00 |
| 10/27/2022 | GPP | Work on File | Draft email to clients and divorce attorneys with motion to seal documents (.6) - Exchange emails with Atty. Anzivino and have call with Atty. Anzivino (.5) - Exchange emails with Jennifer McKinney regarding TFS payment (.2) - Prepare for and attend conference call with court on motion for relief from stay and motion to continue automatic stay (.5) | $275.00 | 1.8 | $495.00 |
| 10/27/2022 | GWP | Other | Conference with Attorney Greg Pittman, rendered advice. | $300.00 | 0.3 | $90.00 |
| 10/31/2022 | GPP | E-Mail | Review email from client and respond regarding payments | $275.00 | 0.3 | $82.50 |
| 11/04/2022 | GPP | Work on File | Draft proposed order on continuance of automatic stay | $275.00 | 0.4 | $110.00 |
| 11/09/2022 | GPP | Work on File | Review file (.3) - Attend 341 with clients via zoom (.5) - Review email from client and send follow-up email regarding case status (.3) | $275.00 | 1.1 | $302.50 |
| 11/10/2022 | GPP | Work on File | Email to client regarding motion to dismiss and status of future payments - Review application of funds by IRS from previous case and forward to clients | $275.00 | 0.6 | $165.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/11/2022 | GPP | Work on File | Review email from Israel McKinney - Review motion for relief from stay and draft objection to motion for relief from stay | $275.00 | 1.7 | $467.50 |
| 11/15/2022 | GPP | Work on File | Review withdrawal of motion to dismiss and email to clients | $275.00 | 0.3 | $82.50 |
| 11/16/2022 | GPP | Work on File | Review Xyngular agreement for direct deposit - Exchange emails with client regarding agreement/timing | $275.00 | 0.5 | $137.50 |
| 11/17/2022 | GPP | Work on File | Review and respond to email from client regarding budget/case status - Review bonus structure and review bonus payments with future plan payments | $275.00 | 0.5 | $137.50 |
| 11/19/2022 | GPP | Work on File | Exchange emails with client regarding documents - review IRS claim and email to clients | $275.00 | 0.4 | $110.00 |
| 11/22/2022 | GPP | E-Mail | Review and respond to email from Atty. Anzivino - Exchange emails with clients regarding status/cars | $275.00 | 0.6 | $165.00 |
| 11/28/2022 | GPP | E-Mail | Exchange emails with client regarding IRS document request and direct deposit into trust account | $275.00 | 0.4 | $110.00 |
| 11/30/2022 | GPP | Work on File | Make corrections to payment authorization - Email signed copy to Xyngular for direct deposit - Call with Atty. Anzivino regarding IRA and relief from stay - Email to clients with IRS position and options moving forward | $275.00 | 2.4 | $660.00 |
| 12/01/2022 | GPP | Conference Call | Review motion for relief and prepare for hearing - Attend conference call with court (hearing adjourned) | $275.00 | 0.8 | $220.00 |
| 12/05/2022 | GPP | E-Mail | Exchange emails with client on bonus deposit and potential resolutions on retirement account | $275.00 | 0.4 | $110.00 |
| 12/06/2022 | GPP | Work on File | Exchange multiple emails with client regarding trust account and marine credit union - Review Marine CU promissory note and payment change notification and email to client - Call with client regarding Marine CU payment amount and status of payments | $275.00 | 1.2 | $330.00 |
| 12/07/2022 | GPP | E-Mail | Review and respond to email from client regarding payment to trust account | $275.00 | 0.3 | $82.50 |
| 12/08/2022 | GPP | Work on File | Review trust account regarding deposit from Xyngular - Email to client | $275.00 | 0.3 | $82.50 |
| 12/09/2022 | GPP | Work on File | Review trust account and draft check to Mark Harrings office - Review email from clients on vehicles | $275.00 | 0.4 | $110.00 |
| 12/14/2022 | GPP | Work on File | Analyze IRS claim - Compute amended payment amount to complete plan - Review NDC - Send long email to clients regarding IRS claim and payment - Review and respond to email regarding potential sale of car | $275.00 | 2.4 | $660.00 |
| 12/19/2022 | GPP | E-Mail | Review and reply to emails from clients on IRS and certain assets/divorce | $275.00 | 0.8 | $220.00 |
| 12/21/2022 | GPP | E-Mail | Review emails from clients regarding IRA and IRS - Email to Atty. Anzivino regarding offer to settle motioin for relief from stay | $275.00 | 0.7 | $192.50 |
| 12/22/2022 | GPP | Work on File | Review and respond to email from Atty. Thorn - Forward payment estimate to Atty. Thorn and Atty. Davig - Attend status hearing on motion for relief from stay/confirmation - Call with Atty. Anzivino regarding status of case - Mutliple emails to and from Jennifer | $275.00 | 1.6 | $440.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/04/2023 | GPP | Work on File | Review status and court docket - Email to Atty. Kaufman regarding auto-payments and payment delinquency | $275.00 | 0.5 | $137.50 |
| 01/05/2023 | GPP | E-Mail | Review email from Atty. Anzivino regarding request for more records and preliminary response to offer to settle - forward to clients | $275.00 | 0.5 | $137.50 |
| 01/06/2023 | GPP | Work on File | Review email from Atty. Kaufman on mortgage payments and forward to clients - Numerous emails to and from clients regarding case status, IRS request for records, Marine Credit Union - Draft objection to motion for relief from stay | $275.00 | 1.2 | $330.00 |
| 01/10/2023 | GPP | E-Mail | Exchange numerous emails with clients regarding IRS request for records/IRA account/Bonus payment/case status | $275.00 | 0.6 | $165.00 |
| 01/11/2023 | GPP | Work on File | Exchange numerous emails with clients regarding IRS request, Bonus payment, Marine Credit Union payments - Balance trust account after deposit and mail check to trustee for January payment | $275.00 | 1.3 | $357.50 |
| 01/12/2023 | GPP | Work on File | Exchange numerous emails with clients - Review and send Israel McKinney bank statements for Oct - Dec to Atty. Anzivino - Call with Atty. Anzivino to discuss using IRA disbursement to pay down claim of IRS - Email to Atty. Sam Kaufman regarding status of motion | $275.00 | 1.3 | $357.50 |
| 01/17/2023 | GPP | E-Mail | Review emails from client regarding status of divorce and case status | $275.00 | 0.4 | $110.00 |
| 01/19/2023 | GPP | E-Mail | Review email from IRS and forward to clients | $275.00 | 0.3 | $82.50 |
| 01/23/2023 | GPP | Work on File | Review email and stip to resolve motion for relief from stay and respond to Atty. Kaufman - Email stipulation to clients | $275.00 | 0.4 | $110.00 |
| 01/26/2023 | GPP | E-Mail | Review email from Atty. Anzivino and respond - Email to clients regarding IRA and case status - Review Altra Bank statements and forward to Atty. Anzivino | $275.00 | 0.8 | $220.00 |
| 02/01/2023 | GPP | E-Mail | Exchange emails with client - Briefly review bank statements brought to my office | $275.00 | 0.6 | $165.00 |
| 02/02/2023 | GPP | Work on File | Exchange emails with Atty. Kaufman regarding stipulation and court hearing - Review bank statements for Altra FCU and email client a few business questions - Scan and email bank statements to Atty. Anzivino - Review proposed order on relief from stay on IRA - Attend conference call with the court on confirmation/IRS relief from stay | $275.00 | 3.6 | $990.00 |
| 02/21/2023 | GPP | Work on File | Review email string with Atty. Thorn and Atty. Davig - Review trust account and balance trust records - disburse check to Mark Harring | $275.00 | 0.6 | $165.00 |
| 02/22/2023 | GPP | E-Mail | Review and respond to email from Atty. Anzivino on agreement with relief from stay and IRA | $275.00 | 0.4 | $110.00 |
| 02/23/2023 | GPP | E-Mail | Review emails from clients - review case status | $275.00 | 0.3 | $82.50 |
| 02/24/2023 | GPP | Work on File | Review proposed order on relief from stay - Draft withdrawal of objection to relief from stay | $275.00 | 0.5 | $137.50 |
| 03/01/2023 | GPP | Email | Review email from Marine CU on nonpayment of mortgage | $275.00 | 0.3 | $82.50 |
| 03/02/2023 | GPP | Work on File | Email to Atty. Anzivino and review response on Pershing account - Attend call on confirmation of chapter 13 Plan | $275.00 | 0.7 | $192.50 |

| Date | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/06/2023 | GPP | Work on File | Exchange multiple emails with client on sale/purchase of case - Draft motion to sell and motion to shorten time - Draft proposed orders - Email to client for review and prep for filing | $275.00 | 1.8 | $495.00 |
| 03/07/2023 | GPP | Work on File | Eamil to client - Review email from Atty. Anzivino and forward to clients - Review trustee's recommendation on sale/purchase of vehicle | $275.00 | 0.7 | $192.50 |
| 03/08/2023 | GPP | Email | Review and respond to email from clients regarding car purchase | $275.00 | 0.2 | $55.00 |
| 03/09/2023 | GPP | Work on File | Review and balance trust account - Send check to trustee for March payment - Call with clients to discuss IRS and sale/purchase of vehicle | $275.00 | 0.7 | $192.50 |
| 03/10/2023 | GPP | Work on File | Review IRS objection to sale/purchase and forward to client | $275.00 | 0.3 | $82.50 |
| 03/14/2023 | GPP | Work on File | Review notes and draft affidavit in support of sale/purchase - Review vehicle listings provided by client - multiple emails to and from Israel McKinney - Review and respond to email to Atty. Thorne | $275.00 | 2.3 | $632.50 |
| 03/22/2023 | GPP | Phone Call | Call with client to discuss status of vehicle sales/status of case | $275.00 | 0.6 | $165.00 |
| 03/23/2023 | GPP | Work on File | Call with Atty. Anzivino regarding sale motion - Attend status call on motion - Email to Atty. Davig and Atty. Thorn regarding vehicle sales | $275.00 | 0.9 | $247.50 |
| 04/10/2023 | GPP | Work on File | Review trust account and deposit made friday - Email to clients/attorneys regarding deposit and status of case | $275.00 | 0.8 | $220.00 |
| 04/12/2023 | GPP | Work on File | Review IRS claim - Draft amended chapter 13 Plan - Draft email to clients/attorneys | $275.00 | 1.4 | $385.00 |
| 04/17/2023 | GPP | E-Mail | Review and respond to email from client | $275.00 | 0.3 | $82.50 |
| 04/18/2023 | GPP | E-Mail | Review and respond to email from Atty. Anzivino - Review and respond to email from client | $275.00 | 0.4 | $110.00 |
| 04/19/2023 | GPP | E-Mail | Email to client regarding updated budget/case status - review email from client on status | $275.00 | 0.4 | $110.00 |
| 04/25/2023 | GPP | E-Mail | Review and exchange emails with Trustee regarding question on plan language | $275.00 | 0.4 | $110.00 |
| 04/26/2023 | GPP | Work on File | Review case status and timing | $275.00 | 0.3 | $82.50 |
| 04/27/2023 | GPP | Work on File | Review email from Atty. Anzivino regarding ch. 13 plan - Call from Israel McKinney to discuss status of case - Email to Atty. Kaufmann for approval for Marine CU to communicate directly with Israel McKinney | $275.00 | 0.8 | $220.00 |
| 04/28/2023 | GPP | E-Mail | Review and respond to email from client regarding potential offer on house | $275.00 | 0.3 | $82.50 |
| 05/01/2023 | GPP | E-Mail | Multiple emails to and from client regarding 2022 taxes/Payments | $275.00 | 0.5 | $137.50 |
| 05/03/2023 | GPP | Work on File | Review objection filed by IRS - Forward to clients - Review and respond to email regarding listing of house for sale - Review copy of extension to file taxes - Review schedules and email to clients regarding camper/ice house trailer | $275.00 | 2.3 | $632.50 |
| 05/04/2023 | GPP | Work on File | Review schedules and call to client to discuss surrender of camper/ice house trailer - Send follow up email to clients regarding status | $275.00 | 0.8 | $220.00 |

| Date | | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/09/2023 | GPP | Work on File | Review objection and email to Atty. Anzivino and forward copy of tax extension - Intent to surrender camper and ice house trailer - Estimate payment going forward - Email to client regarding timing of filing tax return | $275.00 | 1.0 | $275.00 |
| 05/18/2023 | GPP | Work on File | Review IRS objection - Email to Atty. Anzivino and Atty. Brodhead Griffith regarding tax extension, chapter 13 plan and surrender - Exchange emails with Atty. Anzivino - Attend conference call with court on confirmation of plan | $275.00 | 1.5 | $412.50 |
| 05/22/2023 | GPP | E-Mail | Review emails from client on house sale/chapter 13 status | $275.00 | 0.4 | $110.00 |
| 05/25/2023 | GPP | E-Mail | Review and respond to email from realtor - Review email from Atty. Anzivino regarding camper/ice house trailer | $275.00 | 0.4 | $110.00 |
| 05/26/2023 | GPP | Work on File | Review house listing - Review email from client and forward emails from IRS on sales of camper/trailer | $275.00 | 0.5 | $137.50 |
| 06/05/2023 | GPP | Work on File | Review and exchange emails with client regardings payments to trust account and camper | $275.00 | 0.6 | $165.00 |
| 06/08/2023 | GPP | Work on File | Review email from Atty. Anzivino and their intention to appoint receiver to sell property - forward to clients | $275.00 | 0.5 | $137.50 |
| 06/12/2023 | GPP | Work on File | Review email from Israel regarding letter from IRS seizing refund - exchange emails | $275.00 | 0.4 | $110.00 |
| 06/20/2023 | GPP | Work on File | Review trust account and mail check trustee | $275.00 | 0.3 | $82.50 |
| 06/21/2023 | GPP | Work on File | Review and respond to email from realtor reg. accepted offer - Review showing time remarks and comments on property - Review and balance trust account records - Send check to Trustee | $275.00 | 1.4 | $385.00 |
| 06/27/2023 | GPP | Work on File | Exchange numerous emails to and from realtor regarding status of sale and sale price - Draft motion to sell real estate and prepare attachments to motion | $275.00 | 2.6 | $715.00 |
| 07/05/2023 | GPP | Work on File | Review and respond to email from realtor regarding objection timeframe | $275.00 | 0.3 | $82.50 |
| 07/13/2023 | GPP | Work on File | Review email chain with realtor and title company - respond to title company as to status of sale and recommendations by the trustee and IRS | $275.00 | 0.7 | $192.50 |
| 07/24/2023 | GPP | Work on File | Review and respond to email from Atty. Kaufmann on status of sale and closing | $275.00 | 0.4 | $110.00 |
| 07/28/2023 | GPP | Work on File | Review signed order approving sale - circulate signed order to realtor and title company to proceed with sale | $275.00 | 0.4 | $110.00 |
| 08/01/2023 | GPP | E-Mail | Review email from Atty. Anzivino and Atty. Kaufmann on status of sale - Email to title company | $275.00 | 0.3 | $82.50 |
| 08/02/2023 | GPP | Work on File | Exchange emails with Trustee's office and title company regarding signed settlement statement - Email copy of signed settlement statement to the Trustee | $275.00 | 0.4 | $110.00 |
| 08/03/2023 | GPP | Work on File | Call with Atty. Anzivino regarding case - Draft long email to clients and their divorce attorneys regarding status of case post-sale | $275.00 | 0.6 | $165.00 |
| 08/14/2023 | GPP | Work on File | Review and balance trust account with deposit - Draft check to Trustee for monthly payment | $275.00 | 0.3 | $82.50 |
| 08/29/2023 | GPP | Work on File | Review email from Trustee on 2022 tax return or tax extension - forward email to Jennifer McKinney to obtain copy of extension | $275.00 | 0.3 | $82.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/06/2023 | GPP | Email | Exchange emails with Atty. Anzivino - Email to client on 2022 tax return | $275.00 | 0.4 | $110.00 |
| 09/13/2023 | GPP | Work on File | Review email from client regarding income over past several months - respond to client | $275.00 | 0.3 | $82.50 |
| 09/15/2023 | GPP | Work on File | Review and respond to email from Atty. Thorn requesting updated 2023 income figures | $275.00 | 0.2 | $55.00 |
| 09/25/2023 | GPP | Work on File | Review email and post-plan agreement on payment to IRS taxes - Circulate agreement to parties | $275.00 | 1.3 | $357.50 |
| 09/28/2023 | GPP | E-Mail | Exchange emails with client regarding plan/IRS plan terms | $275.00 | 0.5 | $137.50 |
| 10/06/2023 | GPP | Work on File | Draft motion/order to extend time for 14 days to comply with court order | $275.00 | 0.4 | $110.00 |
| 10/13/2023 | GPP | Work on File | Draft email to clients and their attorneys as reminder to update budget for amended plan | $275.00 | 0.4 | $110.00 |
| 10/17/2023 | GPP | Email | Exchange emails with client regarding completion of 2022 tax return/dependents/joint filing/etc. | $275.00 | 0.9 | $247.50 |
| 10/18/2023 | GPP | Email | Email to and from client regarding updated budget - Chapter 13 Plan terms/2022 tax return | $275.00 | 0.8 | $220.00 |
| 10/19/2023 | GPP | E-Mail | Multiple emails to and from Jennifer/Israel McKinney regarding questions to budget | $275.00 | 0.7 | $192.50 |
| 10/20/2023 | GPP | Work on File | Numerous emails to and from client - Review NDC - Phone call with Israel McKinney - Review post-plan agreement and draft modified plan - Review emails with updated budgets and draft amended Schedule I/J - Email to Atty. Anzivino - Draft letter to court with updated address | $275.00 | 4.0 | $1,100.00 |
| 10/24/2023 | GPP | E-Mail | Email to client regarding Xyngular payment - Review email from client regarding tax return | $275.00 | 0.3 | $82.50 |
| 10/25/2023 | GPP | Work on File | Review email from client - Review and balance trust account - Mail check to Trustee | $275.00 | 0.4 | $110.00 |
| 10/31/2023 | GPP | Work on File | Email to clients to obtain copies of 2022 tax returns for Trustee - Review NDC and court docket | $275.00 | 0.4 | $110.00 |
| 11/13/2023 | GPP | Work on File | Review objections to confirmation filed by IRS and Trustee | $275.00 | 0.5 | $137.50 |
| 11/29/2023 | GPP | Work on File | Review objection by trustee - Review objection by IRS - Review email from IRS on tax return and updated numbers for secured claim - Email to Atty. Brodhead Griffith on status of amended plan to address the objection - Respond to email from Atty. Anzivino - Email to Jennifer McKinney to sign tax return for submission to insolvency | $275.00 | 0.8 | $220.00 |
| 12/04/2023 | GPP | Work on File | Exchange emails with Jennifer regarding signing duplicate 2022 tax return | $275.00 | 0.3 | $82.50 |
| 12/07/2023 | GPP | Work on File | Review email from Atty. Anzivino regarding status of signed 2022 return | $275.00 | 0.2 | $55.00 |
| 12/18/2023 | GPP | Work on File | Exchange emails with client regarding 2022 tax return - Review signed return - Email copy to IRS agent and copy Atty. Anzivino to verify completion | $275.00 | 0.8 | $220.00 |
| 12/21/2023 | GPP | Work on File | Draft motion to extend time to file amended plan due to timing of signed 2022 tax return and need for IRS amended claim | $275.00 | 0.6 | $165.00 |
| 12/27/2023 | GPP | Work on File | Review docket and signed order on extension of time | $275.00 | 0.2 | $55.00 |
| 01/02/2024 | GPP | Work on File | Review docket and claims register | $275.00 | 0.3 | $82.50 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 01/09/2024 | GPP | Work on File | Email to IRS regarding amended claim - Exchange emails with Atty. Anzivino - Review post-plan agreement - Draft long email to client regarding trust account and tax obligations | $275.00 | 2.5 | $687.50 |
| 01/11/2024 | GPP | Work on File | Review IRS amended proof of claim and work on amended chapter 13 plan - Email to client regarding post-plan agreement | $275.00 | 1.7 | $467.50 |
| 01/12/2024 | GPP | Work on File | Multiple emails to and from client - Complete draft of chapter 13 plan/Request/Notice/Proof of Service - Prepare plan and attachments | $275.00 | 2.7 | $742.50 |
| 01/16/2024 | GPP | Client Appointment | Meet with client to review timeframes for tax obligations and payment amounts | $275.00 | 0.7 | $192.50 |
| 01/17/2024 | GPP | E-Mail | Email to Atty. Davig regarding divorce status | $275.00 | 0.4 | $110.00 |
| 01/24/2024 | GPP | E-Mail | Review email from Trustee on payments and shortfall of payments - Review notes from amended plan on payments and increase in trustee fee | $275.00 | 0.7 | $192.50 |
| 01/29/2024 | GPP | Work on File | Review objection by Trustee - Review and respond to email from Atty. Anzivino | $275.00 | 0.4 | $110.00 |
| 02/08/2024 | WP | Work on File | Review file and attend status call on objection to amended plan | $275.00 | 0.3 | $82.50 |
| 02/12/2024 | GPP | Work on File | Review and discuss status of case with Wade Pittman - Review court order to re-file plan | $275.00 | 0.4 | $110.00 |
| 02/13/2024 | GPP | Work on File | Review and respond to email from Atty. Thorn regarding divorce case - Email to Atty. Brodhead Griffith regarding IRS language in plan | $275.00 | 0.7 | $192.50 |
| 02/21/2024 | GPP | Work on File | Review notes from status call on amended plan - draft amended plan - email copy to Atty. Anzivino and Atty. Brodhead Griffith to review final form/language - Email to Jennifer McKinney regarding status of trust account and taxes | $275.00 | 1.7 | $467.50 |
| 02/22/2024 | GPP | Work on File | Make corrections to plan - prepare request/notice and proof of service - Review and respond to emails from Atty. Thorn on divorce mediation and status of case | $275.00 | 1.2 | $330.00 |
| 02/28/2024 | GPP | Work on File | Review and respond to emails from client and Atty. Thorn for divorce mediation | $275.00 | 0.5 | $137.50 |
| 03/05/2024 | GPP | Work on File | Review final invoice and draft application/proposed order for approval of compensation | $275.00 | 1.0 | $275.00 |
| | | | | Totals: | 115.8 | $31,902.50 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 09/27/2022 | EY | Filing Fee | | $313.00 | 1.0 | $313.00 |
| 10/06/2022 | WN | Postage | Postage for 341 reminder letter. | $0.57 | 1.0 | $0.57 |
| 03/06/2023 | GPP | Filing Fee | Motion to Sell Filing Fee | $188.00 | 1.0 | $188.00 |
| 03/06/2023 | GPP | Postage | Motion to Sell | $0.60 | 13.0 | $7.80 |
| 06/27/2023 | GPP | Filing Fee | Motion to Sell Filing Fee | $188.00 | 1.0 | $188.00 |
| 06/27/2023 | GPP | Postage | Postage for Motion to Sell | $1.98 | 18.0 | $35.64 |
| 07/28/2023 | WN | Certified Copy | Certified copy of Order on sale | $15.00 | 1.0 | $15.00 |
| 10/20/2023 | GPP | Postage | Amended Plan | $0.87 | 16.0 | $13.92 |
| 01/12/2024 | GPP | Postage | Amended Plan | $0.87 | 16.0 | $13.92 |
| 02/22/2024 | GPP | Postage | Amended Plan | $0.87 | 16.0 | $13.92 |

|  |  | Expense Total: | **$789.77** |
|---|---|---:|---:|

## Adjustments

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|---|---|---|---|---|---|---|
| Discount | Time Entries | $ - Amount | Courtesy Discount |  |  | ($379.27) |
|  |  |  |  |  | Discount Total: | **($379.27)** |

| Terms & Conditions: |  |  |
|---|---:|---:|
| Now accepting payments over the phone. | Time Entry Sub-Total: | $31,902.50 |
|  | Expense Sub-Total: | $789.77 |
|  | **Sub-Total:** | **$32,692.27** |
|  | Discounts: | ($379.27) |
|  | **Total:** | **$32,313.00** |
|  | **Amount Paid:** | **$2,313.00** |
|  | **Balance Due:** | **$30,000.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Aug 2, 2023 | Non-Trust Credit Account | $2,000.00 | Greg P Pittman (Attorney) |  |
| Payment Received | Sep 27, 2022 | Non-Trust Credit Account | $313.00 | Greg P Pittman (Attorney) |  |

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| ISRAEL MCKINNEY and JENNIFER MCKINNEY | |
| Debtors. | Case No: 22-11558 (Chapter 13) |

**NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS FEES OF SAID CHAPTER 13 PROCEEDINGS**

**PLEASE TAKE NOTICE**, that the debtors, Israel and Jennifer McKinney, by their attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, have filed an Application for Compensation and Disbursements. A copy of said Application, etc. is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before **March 26, 2024**, you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 120 N. Henry Street, Rm 340, Madison, WI 53703* and a copy to *Greg P. Pittman, 712 Main Street, La Crosse, Wisconsin 54601*. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __5th__ day of March, 2024, at La Crosse, Wisconsin.

**PITTMAN & PITTMAN LAW OFFICES, LLC**

By:    s/Greg P. Pittman
       **Greg P. Pittman**
       **Attorney No: 1073787**
       **Attorney for Debtors**
       **712 Main Street**
       **La Crosse, WI 54601**
       **(608) 784-0841**

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

In Re:                                          In Bankruptcy No:

**ISRAEL MCKINNEY and**
**JENNIFER MCKINNEY**

    Debtors.                             Case No: 22-11558 (Chapter 13)

### AFFIDAVIT OF SERVICE BY MAIL

**STATE OF WISCONSIN**      )
                                      ) SS
**COUNTY OF LA CROSSE**      )

      The undersigned being first duly sworn states that a true copy of the ***Application For Fees, Notice, and Proposed Order for the Approval of Attorneys' Fees*** was served upon the individuals on attached list by electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U. S. Post Office depository in La Crosse, Wisconsin on March  5 , 2024.

                                                                **s/Wanda Nickelotti**
                                                                Wanda Nickelotti

**Subscribed and sworn to before me**
**this    5th  day of March, 2024.**

**s/Greg P. Pittman**
**Greg P. Pittman, Notary Public**
**My Commission is Permanent.**

```
Label Matrix for local noticing              American Accounts & Advisers           (p)AMERICOLLECT INC
0758-1                                       Attn: Bankruptcy                       PO BOX 2080
Case 1-22-11558-rmb                          Po Box 250                             MANITOWOC WI 54221-2080
Western District of Wisconsin www.wiwb.uscour  Cottage Grove, MN 55016-0250
Eau Claire
Fri Jan 12 10:24:07 CST 2024

Theresa M. Anzivino                          Nathan Baney                           Bonneville Collections
U.S. Department of Justice                   DOJ-Tax                                Po Box 150621
222 West Washington Avenue                   Civil Trial Section, Central Region    Ogden, UT 84415-0621
Suite 700                                    P.O. Box 7238
Madison, WI 53703-2775                       Washington, DC 20044-7238

Credit Bureau Data Inc                       Credit Collection Services             Department of Treasury - Internal Revenue Se
Attn: Bankruptcy                             Attn: Bankruptcy                       PO Box 7346
518 State Street Po Box 2288                 725 Canton St                          Philadelphia, PA 19101-7346
La Crosse, WI 54602-2288                     Norwood, MA 02062-2679

Enhanced Recovery Company                    Gundersen Health System                (p)MARK HARRING
Attn: Bankruptcy                             1900 South Ave.                        ATTN STANDING TRUSTEE
8014 Bayberry Road                           La Crosse, WI 54601-5496               122 WEST WASHINGTON AVENUE SUITE 500
Jacksonville, FL 32256-7412                                                         MADISON WI 53703-2758

IRS - Centralized Insolvency Operations      (p)US ATTORNEY'S OFFICE WESTERN DISTRICT OF W  Sam E. Kaufman
P.O. Box 7346                                ATTN ESA ANZIVINO                      Vande Zande & Kaufman, LLP
Philadelphia, PA 19101-7346                  222 WEST WASHINGTON AVENUE             408 E. Main Street
                                             SUITE 700                              PO Box 430
                                             MADISON WI 53703-2775                  Waupun, WI 53963-0430

Marine Credit Union                          Marine Cu                              Israel R. McKinney
Attn: Collections Dept                       Attn: Bankruptcy                       916 Tyler Street
P.O. Box 309                                 Po Box 309                             La Crosse, WI 54601-5532
Onalaska, WI 54650-0309                      Onalaska, WI 54650-0309

Jennifer McKinney                            (p)NATIONAL SERVICE BUREAU             Greg P. Pittman
429 S. 2nd St. N. #322                       18912 NORTH CREEK PARKWAY              Pittman & Pittman Law Offices, LLC
West Salem, WI 54601                         SUITE 205                              712 Main Street
                                             BOTHELL WA 98011-8016                  La Crosse, WI 54601-4121

SOUTHEASTERN EMERGENCY PHYSICIANS, LLC       Secretary of Treasury                  Securities and Exchange Commission
c/o Wakefield & Associates, LLC              Treasury Department                    175 West Jackson Boulevard
PO Box 51272                                 1500 Pennsylvania Avenue N.W.          Suite 900
Knoxville, TN 37950-1272                     Washington, DC 20220-0001              Chicago, IL 60604-2908

U.S. Trustee's Office                        VISTA RADIOLOGY PC                     (p)WAKEFIELD & ASSOCIATES
780 Regent Street, Suite 304                 c/o Wakefield & Associates, LLC        PO BOX 51272
Madison, WI 53715-2635                       PO Box 51272                           KNOXVILLE TN 37950-1272
                                             Knoxville, TN 37950-1272

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect, Inc.
PO Box 1566
Manitowoc, WI 54221

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

Internal Revenue Service
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI 53703

National Service Bureau, Inc
18912 North Creek Parkway
Suite 205
Bothwell, WA 98011

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Marine Credit Union

(d)Wisconsin Dept. of Revenue
Special Procedures Unit - PO Box 8901
Madison, WI 53708-8901

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29