**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

**In Re:**                                               **In Bankruptcy No:**

**ISRAEL MCKINNEY and
JENNIFER MCKINNEY**

    **Debtors.**                                  **Case No:  22-11558 (Chapter 13)**

### ORDER APPROVING ATTORNEYS' FEES

Based upon the documents and records on file and upon notice to all interested parties for approval of attorneys' fees by the Debtors, Attorney Greg P. Pittman, and no objection being filed opposing the approval of compensation on behalf of any party and based upon the Employment of Attorney Greg P. Pittman on General Retainer for services rendered and costs incurred on behalf of the Debtors,

    **IT IS ORDERED AS FOLLOWS:**

1.    The total attorneys fees in the amount of $31,902.50 are hereby reasonable and are approved in its entirety. The total expenses of $789.77 are hereby reasonable and are approved in its entirety.

###