**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: March 7, 2024**



*Rachel Blise*
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In the Matter of: | In Proceedings for a Debt |
| --- | --- |
|  | Repayment Plan Under Chapter 13 |
| Jennifer & Israel R. McKinney |  |
|  | Case Number 22-11558- 13 |

AMENDED ORDER TO DEBTOR TO PAY THE TRUSTEE

TO  Jennifer & Israel R. McKinney
429 S 2nd St N #322
La Crosse WI 54601

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Jennifer  McKinney the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

| | |
| --- | --- |
| 15,000.00 MONTHLY | Due immediately |

and to continue MONTHLY until:

| | |
| --- | --- |
| 21,000.00 MONTHLY | Due by:  1/27/2025 |

and to continue MONTHLY until:

| | |
| --- | --- |
| 26,000.00 MONTHLY | Due by:  7/27/2026 |

and to continue MONTHLY thereafter.

Said payment(s) to be by  **Money Order, Cashiers Checks or via TFSBillPay.com**
Money Orders and Cashiers Checks must  **Include Your Name and Case Number**  on them.
Your Case Number is:  **22-11558**

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an  annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:  **Mark Harring Standing Trustee**
and mailed to:  **MARK HARRING CH 13 TRUSTEE**
**P.O. BOX 88004**
**CHICAGO IL 60680-1004**

Ch 13  Office Phone #  608-256-4320

This order supersedes any previous order made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###

United States Bankruptcy Court

Western District of Wisconsin

| | |
|---|---|
| In re: | Case No. 22-11558-rmb |
| Jennifer McKinney | Chapter 13 |
| Israel R. McKinney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 1 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf837 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer McKinney, 429 S. 2nd St. N. #322, West Salem, WI 54601 |
| jdb | + | Israel R. McKinney, 916 Tyler Street, La Crosse, WI 54601-5532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greg P. Pittman | on behalf of Joint Debtor Israel R. McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | on behalf of Debtor Jennifer McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | court@ch13wdw.org |
| Nathan Baney | on behalf of Creditor Internal Revenue Service nathan.baney@usdoj.gov charles.m.flesch@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 2 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf837 | Total Noticed: 2 |

Sam E. Kaufman
    on behalf of Creditor Marine Credit Union sam@vklaw.us

Theresa M. Anzivino
    on behalf of Creditor Internal Revenue Service Theresa.Anzivino@usdoj.gov jennifer.loy@usdoj.gov;caseview.ecf@usdoj.gov

U.S. Trustee's Office
    USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 7