# Change of Address for Debtor Obtained from Postal Mail Return:

March 12, 2024

Jennifer McKinney
316 4th St S
La Crosse, WI 54601-4021

RE: Case Number 22-11558-13