**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: March 22, 2024**



**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

Jennifer McKinney and
Israel R. McKinney,

Debtors.

Case No. 22-11558-rmb

Chapter 13

**ORDER SETTING HEARING ON PLAN CONFIRMATION**

The debtors filed an amended chapter 13 plan on January 12, 2024. On January 30, 2024, the Internal Revenue Service, which has a security interest in the debtors' real and personal property, filed an objection to confirmation of the plan. ECF No. 164. On February 22, the debtors filed a further amended plan, which the trustee has recommended for confirmation.

The amended plan clarifies the treatment of the IRS's claim. However, pursuant to 11 U.S.C. § 1323(c), the IRS is deemed to have rejected the amended plan because it is a secured creditor and has not withdrawn its objection. Therefore, the Court is unable to confirm the amended plan under § 1325(a)(5).

Accordingly, IT IS HEREBY ORDERED that a hearing on plan confirmation will be held telephonically before Rachel M. Blise, United States Bankruptcy Judge, on **April 18, 2024, at 1:00 p.m.** To appear by telephone, you must call the Court conference line at (888) 808-6929 and enter access code 4896101 before the scheduled hearing time. The Court may cancel the hearing if the IRS withdraws its objection to confirmation.

# # #