IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br><br>JENNIFER AND ISRAEL McKINNEY,<br><br>Debtor(s). | Case No. 22-11558<br>Chapter 13<br>Hon. Rachel M. Blise |

**WITHDRAWAL OF UNITED STATES' OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The United States of America, acting through the Internal Revenue Service (IRS), withdraws its objection to confirmation, ECF 164, because Debtors' Amended Plan, dated February 21, 2024, ECF 167, resolves the agency's objection.

Dated March 25, 2024.

Respectfully Submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:

*s/Theresa M. Anzivino*
THERESA (ESA) M. ANZIVINO
Assistant United States Attorney
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI  53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov