**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: March 25, 2024**



*Rachel Blise*
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
_____

In Re:  Jennifer & Israel R. McKinney            Bankruptcy No.22-11558-13

_____

ORDER CONFIRMING PLAN
_____

The debtor's plan filed on 10/21/2022 (if appropriate, as amended on  2/22/2024 ) having been transmitted to the creditors; and the plan complies with the provisions of Chapter 13 and with other applicable provisions of Title 11 U.S.C.; and any fee, charge, or amount required under Chapter 13 of Title 28, U.S.C., or by the plan, to be paid before confirmation, has been paid; and
    It having been determined after hearing on notice:
1) The plan has been proposed in good faith and not by any means forbidden by law; and
2) The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 U.S.C. on such date; and
3) With respect to each allowed secured claim provided for by the plan -
    a) The holder of such claim has accepted the plan;
    b) The plan provides that the holder of such claim retain the lien securing such claim; and
    c) The value, as of the effective date of the plan of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
    d) The debtor surrenders the property securing claims to such holder; and
4) The debtor will be able to make all payments under the plan and to comply with the plan;

IT IS ORDERED THAT:
   1.  The debtor's plan (if appropriate, as amended) is confirmed.
   2.  The plan requires payments starting 10/27/2022   $10000.00 per month
    1/27/2023   $15000.00 per month
    1/27/2025   $21000.00 per month
    7/27/2026   $26000.00 per month
   and to continue thereafter until further ordered, payable to the Trustee,  Mark Harring, at MARK HARRING CH 13 TRUSTEE P.O. BOX 88004 CHICAGO, IL 60680-1004.

###

United States Bankruptcy Court

Western District of Wisconsin

In re:     Case No. 22-11558-rmb
Jennifer McKinney     Chapter 13
Israel R. McKinney
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0758-1    User: eADIuser    Page 1 of 2
Date Rcvd: Mar 25, 2024    Form ID: pdf827    Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer McKinney, 316 4th Street S, La Crosse, WI 54601-4021 |
| jdb | + | Israel R. McKinney, 916 Tyler Street, La Crosse, WI 54601-5532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: USAWIW.BNC@usdoj.gov | Mar 25 2024 19:26:00 | Internal Revenue Service, United States Attorney's Office, 222 West Washington Avenue, Suite 700, Madison, WI 53703 |
| 5014306 | | Email/Text: ebn@americollect.com | Mar 25 2024 19:27:00 | Americollect, Inc., PO Box 1566, Manitowoc, WI 54221 |
| 5014305 | + | Email/Text: pfahey@amaccts.com | Mar 25 2024 19:27:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 5014307 | + | Email/Text: banko@bonncoll.com | Mar 25 2024 19:27:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 5014308 | + | Email/Text: cbdupdate@cbdlax.com | Mar 25 2024 19:27:00 | Credit Bureau Data Inc, Attn: Bankruptcy, 518 State Street Po Box 2288, La Crosse, WI 54602-2288 |
| 5014309 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 19:27:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5014312 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 19:27:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5014310 | + | Email/Text: bknotice@ercbpo.com | Mar 25 2024 19:27:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5014311 | + | Email/Text: contactpbs@gundersenhealth.org | Mar 25 2024 19:27:00 | Gundersen Health System, 1900 South Ave., La Crosse, WI 54601-5496 |
| 5021629 | + | Email/Text: bankruptcyfiled@marinecu.com | Mar 25 2024 19:27:00 | Marine Credit Union, Attn: Collections Dept, P.O. Box 309, Onalaska, WI 54650-0309 |
| 5014313 | + | Email/Text: bankruptcyfiled@marinecu.com | Mar 25 2024 19:27:00 | Marine Cu, Attn: Bankruptcy, Po Box 309, Onalaska, WI 54650-0309 |
| 5014314 | | Email/Text: clientservices@nsbi.net | Mar 25 2024 19:27:00 | National Service Bureau, Inc, 18912 North Creek Parkway, Suite 205, Bothwell, WA 98011 |
| 5021483 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 25 2024 19:26:00 | SOUTHEASTERN EMERGENCY PHYSICIANS, LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5021482 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 25 2024 19:26:00 | VISTA RADIOLOGY PC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |

| District/off: 0758-1 | User: eADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: pdf827 | Total Noticed: 18 |

| 5014315 | Email/Text: bankruptcytn@wakeassoc.com | | |
|---|---|---|---|
| | | Mar 25 2024 19:26:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 5032170 | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | | |
| | | Mar 25 2024 19:27:00 | Wisconsin Dept. of Revenue, Special Procedures Unit - PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Marine Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024                                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greg P. Pittman | on behalf of Joint Debtor Israel R. McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | on behalf of Debtor Jennifer McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | court@ch13wdw.org |
| Nathan Baney | on behalf of Creditor Internal Revenue Service nathan.baney@usdoj.gov charles.m.flesch@usdoj.gov |
| Sam E. Kaufman | on behalf of Creditor Marine Credit Union sam@vklaw.us |
| Theresa M. Anzivino | on behalf of Creditor Internal Revenue Service Theresa.Anzivino@usdoj.gov jennifer.loy@usdoj.gov;caseview.ecf@usdoj.gov |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 7