**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 1, 2024**



**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

Jennifer McKinney and
Israel R. McKinney,

Debtors.

Case No. 22-11558-rmb

Chapter 13

### ORDER APPROVING APPLICATION FOR COMPENSATION

On March 5, 2024, Pittman & Pittman Law Offices, LLC, counsel for the debtors in this case, filed an application for allowance of attorney's fees as an administrative expense in the amount of $32,692.27, consisting of $31,902.50 in fees and $789.77 in expenses, for services rendered and expenses incurred September 27, 2022 through March 5, 2024. ECF No. 169. Of the amount requested in the application, counsel has already received $2,313.00 and discounted $379.27, leaving a balance due of $30,000.00. A certificate of service was filed indicating that notice of the application was served on all creditors and parties in interest. No objections were filed. The Court finds that the fees and costs requested in the application are reasonable under 11 U.S.C. § 330. Accordingly,

IT IS HEREBY ORDERED that the application for allowance of attorney's fees as an administrative expense, ECF No. 169, is approved, and compensation to Pittman & Pittman Law Offices, LLC is allowed in the amount of $32,692.27, which consists of $31,902.50 in fees and $789.77 in expenses. After deductions for amounts previously received and discounted by counsel, $30,000.00 is allowed as an administrative expense under 11 U.S.C. § 503(b)(2).

# # #