**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
Honorable Rachel M. Blise
August 8, 2024

### Court Proceeding Memo and Order

| | | |
|---|---|---|
| **1-22-11558-rmb** | **Jennifer McKinney and Israel R. McKinney** | Chapter 13 |
| | | Trustee: Mark Harring |

**Appearances**:  Greg P. Pittman, Attorney for Debtors
Leslie Brodhead Griffith, Attorney for the Chapter 13 Trustee

**Matter**:  Preliminary hearing on Motion by Trustee to Dismiss Case. (Doc # 182)
-Obj debtors (Doc # 183)

**Outcome**:  Motion denied subject to the following conditions.  On or before August 22, 2024, Israel McKinney must provide the trustee with his 2023 tax returns.

**Court Minutes and Order**:  Counsel for the trustee reported that the trustee received the 2023 tax returns for Jennifer McKinney, but the trustee has not received 2023 returns for Israel McKinney.  Counsel for the debtors asked for additional time for Israel McKinney to provide the trustee with copies of his tax returns.

The Court denied the motion to dismiss as to Jennifer McKinney and denied the motion to dismiss as to Israel McKinney subject to the condition that he provide the trustee with copies of his 2023 tax returns on or before August 22, 2024.  If the debtor does not comply with this deadline, the trustee may submit a proposed dismissal order with respect to Israel McKinney, and Israel McKinney may be dismissed from this case without further notice or hearing.

IT IS SO ORDERED for the reasons stated on the record.

_Rachel Blise_
Rachel M. Blise
U.S. Bankruptcy Judge

Service:
ECF participants
Debtors by BNC