**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
Honorable Rachel M. Blise
**August 8, 2024**

## Court Proceeding Memo and Order

**1-22-11558-rmb**   Jennifer McKinney and Israel R. McKinney     Chapter 13
                                                                  Trustee: Mark Harring

**Appearances**:   Greg P. Pittman, Attorney for Debtors
Leslie Brodhead Griffith, Attorney for the Chapter 13 Trustee

**Matter**:   Preliminary hearing on Motion by Trustee to Dismiss Case. (Doc # 182)
-Obj debtors (Doc # 183)

**Outcome**:  Motion denied subject to the following conditions.  On or before August 22, 2024, Israel McKinney must provide the trustee with his 2023 tax returns.

**Court Minutes and Order**:  Counsel for the trustee reported that the trustee received the 2023 tax returns for Jennifer McKinney, but the trustee has not received 2023 returns for Israel McKinney.  Counsel for the debtors asked for additional time for Israel McKinney to provide the trustee with copies of his tax returns.

The Court denied the motion to dismiss as to Jennifer McKinney and denied the motion to dismiss as to Israel McKinney subject to the condition that he provide the trustee with copies of his 2023 tax returns on or before August 22, 2024.  If the debtor does not comply with this deadline, the trustee may submit a proposed dismissal order with respect to Israel McKinney, and Israel McKinney may be dismissed from this case without further notice or hearing.

IT IS SO ORDERED for the reasons stated on the record.

*Rachel Blise*
Rachel M. Blise
U.S. Bankruptcy Judge

Service:
ECF participants
Debtors by BNC

United States Bankruptcy Court

Western District of Wisconsin

| | |
|---|---|
| In re: | Case No. 22-11558-rmb |
| Jennifer McKinney | Chapter 13 |
| Israel R. McKinney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 1 of 2 |
| Date Rcvd: Aug 09, 2024 | Form ID: pdf822 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer McKinney, 316 4th Street S, La Crosse, WI 54601-4021 |
| jdb | #+ | Israel R. McKinney, 916 Tyler Street, La Crosse, WI 54601-5532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 11, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Greg P. Pittman | |
| | on behalf of Joint Debtor Israel R. McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | |
| | on behalf of Debtor Jennifer McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | |
| | court@ch13wdw.org |

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 2 of 2 |
| Date Rcvd: Aug 09, 2024 | Form ID: pdf822 | Total Noticed: 2 |

Nathan Baney
    on behalf of Creditor Internal Revenue Service nathan.baney@usdoj.gov charles.m.flesch@usdoj.gov

Sam E. Kaufman
    on behalf of Creditor Marine Credit Union sam@vklaw.us

Theresa M. Anzivino
    on behalf of Creditor Internal Revenue Service Theresa.Anzivino@usdoj.gov jennifer.loy@usdoj.gov;caseview.ecf@usdoj.gov

U.S. Trustee's Office
    USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 7