# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to :** |
|---|---|
| | Please write case # on all payments |
| 122 W Washington Suite 500 | MARK HARRING CH 13 TRUSTEE |
| Madison, WI 53703-2758 | P.O. BOX 88004 |
| Phone: (608) 256-4320 | CHICAGO, IL 60680-1004 |
| Fax:    (608) 256-2355 | |
| Website: http://www.ch13wdw.org | Email:  info@ch13wdw.org |

October 20, 2025

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry St Room 340
Madison, WI 53703-2559

Re:    Jennifer & Israel R. McKinney
       Case # 22-11558-13

Dear Judge Blise:

A Motion to Dismiss was filed in this case on October 1, 2025, due to a plan delinquency.  Please be advised the debtors are now current, therefore we are withdrawing the Motion to Dismiss.

If you have any questions or need anything further, please feel free to contact our office.

Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH /cj

cc:    Jennifer & Israel R. McKinney
       ATTORNEY GREG P. PITTMAN