**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

IN RE:                                                                    Case Number

Jennifer & Israel R. McKinney                                             22-11558-13

                            Debtors

---

**NOTICE AND MOTION TO DISMISS**

---

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1.  Debtors filed for relief under chapter 13 of the United States Bankruptcy Code on
    September 27, 2022.

2.  The debtor is in default under the terms of the plan in this case.  The payments required by the plan
    have not been made and no showing has been made of any just cause for the default.

    Payments must be made by one of the following: tfsbillpay.com, money order, cashiers check, or sent
    directly from an employer.  IF MAILED, THE PAYMENTS MUST BE SENT TO: MARK HARRING,
    TRUSTEE, OFFICE OF CHAPTER 13 TRUSTEE, PO BOX 88004, CHICAGO, IL  60680-1004.

3.  As of June  9, 2026 the debtors are in default in the amount of: $42,000.00 .

4.  **In addition,**  payments in the amount of       $21,000.00    are required monthly

WHEREFORE your movant requests an order directing the dismissal of the above-captioned
chapter  13  proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before June 30, 2026**
if you wish to contest this motion.  Any objection or request for hearing that you file must be filed with the
court at the address listed below.  An objection or request for hearing should set forth grounds to
support the objection request.  If no objection or request for hearing is filed, the court shall grant the
motion without a hearing and the case will be dismissed.


        Dated:  June  9, 2026                     /s/  Mark Harring
                                                  Standing Chapter 13 Trustee


                                    The Court's Address is:

                                        United States Bankruptcy Court
                                        120 N Henry  St  Room 340
                                        Madison, WI 53703-2559


This copy of notice sent to:


    United States Bankruptcy Court
    120 N Henry  St  Room 340
    Madison, WI 53703-2559

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

IN RE:                                                                          Case Number

Jennifer & Israel R. McKinney                                   22-11558-13

                            Debtors

---

### CERTIFICATE OF SERVICE

---

I, Chelsey Jones, state that on June  9, 2026 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.


United States Bankruptcy Court                     ATTORNEY GREG P. PITTMAN
120 N Henry  St  Room 340                             PITTMAN & PITTMAN LAW OFFICES
Madison, WI 53703-2559                                 712 MAIN STREET
                                                                        LA CROSSE, WI 54601


Jennifer McKinney
2328 Winnebago St
La Crosse  WI  54601-5110


Israel R. McKinney
1123 Redwood St
Onalaska  WI  54650-2358


I certify under penalty of perjury that the foregoing is true and correct.

/s/  Chelsey Jones
Office of the Standing Chapter 13  Trustee