**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: | Case Number |
| Jennifer & Israel R. McKinney | 22-11558-13 |
| Debtors | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtors filed for relief under chapter 13 of the United States Bankruptcy Code on September 27, 2022.

2. The debtor has caused unreasonable delay that is prejudicial to creditors pursuant to 11 USC Sec. 1307(c)(1) by not providing the requested tax return timely.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter  13  proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before July  8, 2026** if you wish to contest this motion.  Any objection or request for hearing that you file must be filed with the court at the address listed below.  An objection or request for hearing should set forth grounds to support the objection request.  If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated:  June 17, 2026          /s/  Mark Harring
                              Standing Chapter 13 Trustee


The Court's Address is:

United States Bankruptcy Court
120 N Henry  St  Room 340
Madison, WI 53703-2559


This copy of notice sent to:


United States Bankruptcy Court
120 N Henry  St  Room 340
Madison, WI 53703-2559

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

IN RE:                                                      Case Number

Jennifer & Israel R. McKinney                              22-11558-13

                    Debtors

**CERTIFICATE OF SERVICE**

I, Elizabeth Brady, state that on June 17, 2026 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court          ATTORNEY GREG P. PITTMAN
120 N Henry  St  Room 340               PITTMAN & PITTMAN LAW OFFICES
Madison, WI 53703-2559                  712 MAIN STREET
                                        LA CROSSE, WI 54601

Jennifer McKinney
2328 Winnebago St
La Crosse  WI  54601-5110

Israel R. McKinney
1123 Redwood St
Onalaska  WI  54650-2358

I certify under penalty of perjury that the foregoing is true and correct.

/s/  Elizabeth Brady
Office of the Standing Chapter 13  Trustee