**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: July 6, 2026**



*Rachel Blise*
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In Re: Jennifer & Israel R. McKinney                Bankruptcy No. 22-11558-13

_____

ORDER OF DISMISSAL

_____

The Motion of Trustee Mark Harring, party in interest, requesting this court to dismiss the Chapter 13 proceedings herein, having been filed, and the required notice having been given, and it appearing that cause does exist for dismissal of said case, in that debtor has materially defaulted under its Chapter 13 Plan, and that the best interests of the creditors and the estate will be served by dismissal.

IT IS ORDERED that pursuant to 11 U.S.C. § 1307(c), the proceedings herein are hereby dismissed.

IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing.  Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###

United States Bankruptcy Court

Western District of Wisconsin

In re:                                                                                                    Case No. 22-11558-rmb

Jennifer McKinney                                                                          Chapter 13

Israel R. McKinney

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0758-1                          User: eADIuser                                          Page 1 of 2

Date Rcvd: Jul 06, 2026                    Form ID: pdf804                                    Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jennifer McKinney, 316 4th Street S, La Crosse, WI 54601-4069 |
| jdb | #+ | Israel R. McKinney, 916 Tyler Street, La Crosse, WI 54601-5532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: USAWIW.BNC@usdoj.gov | Jul 06 2026 20:25:00 | Internal Revenue Service, United States Attorney's Office, 222 West Washington Avenue, Suite 700, Madison, WI 53703 |
| 5014306 | | Email/Text: ebn@americollect.com | Jul 06 2026 20:25:00 | Americollect, Inc., PO Box 1566, Manitowoc, WI 54221 |
| 5014305 | + | Email/Text: pfahey@amaccts.com | Jul 06 2026 20:25:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 5014307 | + | Email/Text: banko@bonncoll.com | Jul 06 2026 20:25:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 5014308 | + | Email/Text: cbdupdate@cbdlax.com | Jul 06 2026 20:25:00 | Credit Bureau Data Inc, Attn: Bankruptcy, 518 State Street Po Box 2288, La Crosse, WI 54602-2288 |
| 5014309 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 06 2026 20:25:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5014312 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2026 20:25:00 | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5014311 | + | Email/Text: contactpbs@gundersenhealth.org | Jul 06 2026 20:25:00 | Gundersen Health System, 1900 South Ave., La Crosse, WI 54601-5496 |
| 5021629 | + | Email/Text: bankruptcyfiled@marinecu.com | Jul 06 2026 20:25:00 | Marine Credit Union, Attn: Collections Dept, P.O. Box 309, Onalaska, WI 54650-0309 |
| 5014313 | + | Email/Text: bankruptcyfiled@marinecu.com | Jul 06 2026 20:25:00 | Marine Cu, Attn: Bankruptcy, Po Box 309, Onalaska, WI 54650-0309 |
| 5014314 | | Email/Text: clientservices@nsbi.net | Jul 06 2026 20:25:00 | National Service Bureau, Inc, 18912 North Creek Parkway, Suite 205, Bothwell, WA 98011 |
| 5021483 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 06 2026 20:25:00 | SOUTHEASTERN EMERGENCY PHYSICIANS, LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |

District/off: 0758-1                     User: eADIuser                          Page 2 of 2

Date Rcvd: Jul 06, 2026                  Form ID: pdf804                         Total Noticed: 17

| 5021482 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
| | | Jul 06 2026 20:25:00 | VISTA RADIOLOGY PC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 5014315 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
| | | Jul 06 2026 20:25:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 5032170 | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | | |
| | | Jul 06 2026 20:25:00 | Wisconsin Dept. of Revenue, Special Procedures Unit - PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Marine Credit Union |
| 5014310 | ##+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greg P. Pittman | on behalf of Joint Debtor Israel R. McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | on behalf of Debtor Jennifer McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | court@ch13wdw.org |
| Nathan Baney | on behalf of Creditor Internal Revenue Service nathan.baney@usdoj.gov  charles.m.flesch@usdoj.gov |
| Sam E. Kaufman | on behalf of Creditor Marine Credit Union sam@vklaw.us |
| Theresa M. Anzivino | on behalf of Creditor Internal Revenue Service Theresa.Anzivino@usdoj.gov  jennifer.loy@usdoj.gov;caseview.ecf@usdoj.gov |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 7