0072-MH-FINAL-00014556-277540

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

In re:  Jennifer McKinney
     Israel R. McKinney
         Debtor(s)

Case No.:  22-11558

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark Harring, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/27/2022.
2) The plan was confirmed on  03/25/2024.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  07/06/2026.
6) Number of months from filing or conversion to last payment:  42.
7) Number of months case was pending:  46.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $705,000.00 |
| Less amount refunded to debtor: | $.00 |

**NET RECEIPTS:**                               $705,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $30,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $46,179.00 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**               $76,179.00

Attorney fees paid and disclosed by debtor:        $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN ACCOUNTS ADVISORS | Unsecured | 615.00 | NA | NA | .00 | .00 |
| BONNEVILLE COLLECTIONS | Unsecured | 2,094.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICE | Unsecured | 78.00 | NA | NA | .00 | .00 |
| GUNDERSEN HEALTH SYSTEM | Unsecured | 3,547.20 | 16,115.97 | 16,115.97 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 675,622.65 | 675,622.65 | 675,622.65 | 380,447.17 | .00 |
| INTERNAL REVENUE SERVICE | Secured | 533,484.82 | 412,301.19 | 412,301.19 | 136,052.50 | 65,351.55 |
| INTERNAL REVENUE SERVICE | Unsecured | 28,815.83 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 490,817.49 | 490,817.49 | .00 | .00 |
| MARINE CREDIT UNION | Secured | 307,000.00 | 307,757.74 | 307,757.74 | .00 | .00 |
| MOUNTAIN WEST ANESTHESIOLOGY | Unsecured | 1,577.00 | NA | NA | .00 | .00 |
| SOUTHEASTERN EMERGENCY PHYSIC | Unsecured | 1,526.00 | 1,526.00 | 1,526.00 | .00 | .00 |
| SPECTRUM | Unsecured | 59.00 | NA | NA | .00 | .00 |
| TRI STATE AMBULANCE INC | Unsecured | 1,427.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0072-MH-FINAL-00014556-277540

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

In re:  Jennifer McKinney                                          Case No.:  22-11558
        Israel R. McKinney
             Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VISTA RADIOLOGY | Unsecured | 378.00 | 323.00 | 323.00 | .00 | .00 |
| WI DEPT OF REVENUE | Priority | 83,406.07 | 83,406.07 | 83,406.07 | 46,969.78 | .00 |
| WI DEPT OF REVENUE | Unsecured | NA | 8,448.50 | 8,448.50 | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 307,757.74 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 412,301.19 | 136,052.50 | 65,351.55 |
| **TOTAL SECURED:** | 720,058.93 | 136,052.50 | 65,351.55 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 759,028.72 | 427,416.95 | .00 |
| **TOTAL PRIORITY:** | 759,028.72 | 427,416.95 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 517,230.96 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $76,179.00 |
| Disbursements to Creditors: | $628,821.00 |
| **TOTAL DISBURSEMENTS:** | $705,000.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/31/2026          By:  /s/Mark Harring
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

United States Bankruptcy Court

Western District of Wisconsin

In re:                                                                                              Case No. 22-11558-rmb

Jennifer McKinney                                                                       Chapter 13

Israel R. McKinney

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0758-1                          User: eADIuser                          Page 1 of 2

Date Rcvd: Aug 07, 2026                  Form ID: pdf806                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Jennifer McKinney, 316 4th Street S, La Crosse, WI 54601-4069 |
| jdb | #+ | Israel R. McKinney, 916 Tyler Street, La Crosse, WI 54601-5532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Greg P. Pittman | |
| | on behalf of Joint Debtor Israel R. McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | |
| | on behalf of Debtor Jennifer McKinney greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | |
| | court@ch13wdw.org |

District/off: 0758-1                    User: eADIuser                    Page 2 of 2
Date Rcvd: Aug 07, 2026                    Form ID: pdf806                    Total Noticed: 2

Nathan Baney
    on behalf of Creditor Internal Revenue Service nathan.baney@usdoj.gov  charles.m.flesch@usdoj.gov

Sam E. Kaufman
    on behalf of Creditor Marine Credit Union sam@vklaw.us

Theresa M. Anzivino
    on behalf of Creditor Internal Revenue Service Theresa.Anzivino@usdoj.gov  jennifer.loy@usdoj.gov;caseview.ecf@usdoj.gov

U.S. Trustee's Office
    USTPRegion11.MD.ECF@usdoj.gov


TOTAL: 7